# Exhibit 7

| | |
|---|---|
| **From:** | Morgan D Kunz |
| **To:** | "Fiorentino-Rios, Angela M"; Mary F Moriarty |
| **Cc:** | OGC; Jazayeri, Sara |
| **Subject:** | RE: [External] RE: DHS Touhy Demand re investigation into shooting death of Renee Nicole Good - ICE Extension Request |
| **Date:** | Wednesday, February 18, 2026 5:43:00 PM |
| **Attachments:** | image001.png |

Good Evening,

Thank you for reaching out.  As detailed in our letter, it is imperative that our investigation proceeds expediently, and this information is needed promptly to allow for a thorough investigation. We appreciate your commitment to responding as soon as possible, and no later than March 3, 2026.

-mk

## Morgan D. Kunz

Criminal Division Director
Hennepin County Attorney's Office
He/him
w: 612.348.0817 | c: 612.235.1489
Morgan.Kunz@hennepin.us



**From:** Fiorentino-Rios, Angela M <Angela.M.Fiorentino-Rios@ice.dhs.gov>
**Sent:** Wednesday, February 18, 2026 1:07 PM
**To:** Morgan D Kunz <Morgan.Kunz@hennepin.us>; Mary F Moriarty <Mary.Moriarty@hennepin.us>
**Cc:** OGC <ogc@HQ.DHS.GOV>; Jazayeri, Sara <Sara.Jazayeri@ice.dhs.gov>
**Subject:** [External] RE: DHS Touhy Demand re investigation into shooting death of Renee Nicole Good - ICE Extension Request

> **CAUTION:** This email was sent from outside of Hennepin County. Unless you recognize the sender and know the content, do not click links or open attachments.

Greetings, I've corrected the message below to refer to DHS, not DOJ.  Thank you.

**From:** Fiorentino-Rios, Angela M
**Sent:** Wednesday, February 18, 2026 12:47 PM
**To:** 'Morgan.Kunz@hennepin.us' <Morgan.Kunz@hennepin.us>; 'Mary.Moriarty@hennepin.us' <Mary.Moriarty@hennepin.us>

**Cc:** OGC <ogc@HQ.DHS.GOV>; Jazayeri, Sara <Sara.Jazayeri@ice.dhs.gov>
**Subject:** DHS Touhy Demand re investigation into shooting death of Renee Nicole Good - ICE Extension Request

Good afternoon, Counsels,

ICE is considering the attached DHS Touhy demand for records regarding the death of Ms. Renee Nicole Good and is formulating its response.  We have also recently received the attached DHS Touhy demand for records regarding the death of Mr. Alex Pretti, which has a requested deadline for DHS to respond by March 3, 2026.  We kindly request an extension to March 3, 2026 as to the demand regarding Ms. Good.  We will respond sooner if possible. Thank you in advance for your anticipated courtesy.

Angela M. Fiorentino-Rios
Senior Attorney
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Cell:  (202) 740-4113
Angela.M.Fiorentino-Rios@ice.dhs.gov