# Exhibit 8

*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C.  20536



**U.S. Immigration
and Customs
Enforcement**

March 3, 2026

**<u>Via Email Only</u>**
Mary F. Moriarty, Hennepin County Attorney
Morgan D. Kunz, Criminal Division Director
Hennepin County Attorney's Office, Adult Prosecution Division
A-1600 Government Center, 300 South Sixth Street
Minneapolis, MN  55487
Mary.Moriarty@hennepin.us
Morgan.Kunz@hennepin.us

Re:    Touhy Demand
       Investigation into the January 7, 2026, Death of Renee Nicole Good

Dear Ms. Moriarty and Mr. Kunz,

This is in response to your February 2, 2026 letter described as a *Touhy* Demand pursuant to the U.S. Department of Homeland Security (DHS) *Touhy* regulations at 6 C.F.R. §§5.41 et seq. and 19 C.F.R. §§ 103.21 et seq. demanding production of information, documents, and physical items from DHS components, including Immigration and Customs Enforcement (ICE), for a state criminal investigation in regard to the death of Rene Nicole Good on January 7, 2026.

We have considered your demand as a request for information under section (b)(7) of the Privacy Act of 1974 (5 U.S.C. § 552a(b)(7), rather than a *Touhy* demand as the regulations do not apply to disclosure of official information to federal, state or local law enforcement authorities related to criminal law enforcement investigations (*see* 6 C.F.R. § 5.41). The U.S. Department of Justice (DOJ), Federal Bureau of Investigations (FBI) is leading the investigation into the subject matter of your demand and, accordingly, ICE respectfully refers your office to DOJ. We have copied the DHS Office of General Counsel and the DOJ attorneys that you copied on your letter.

Thank you.

/s/ *Angela M. Fiorentino-Rios*
Senior Attorney
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security

www.ice.gov

Mary F. Moriarty, Morgan D. Kunz
Page 2


CC:    Office of the General Counsel, U.S. Department of Homeland Security
       OGC@hq.dhs.gov
       Brett Shumate, U.S.A.O., Civil Division
       Brett.Shumate@usdoj.gov
       Alex Haas, U.S.A.O., Federal Programs Branch Director
       Alex.Haas@usdoj.gov
       Jacqueline Snead, U.S.A.O., Federal Programs Branch Assistant Director
       Jacqueline.Snead@usdoj.gov
       Eric J. Hamilton, U.S.A.O., Federal Programs Branch Deputy Assistant Director
       Eric.J.Hamilton@usdoj.gov

www.ice.gov