# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF MINNESOTA**, *by and through its Attorney General Keith Ellison;* <br><br> **MARY MORIARTY**, *in her official capacity as the Hennepin County Attorney;* <br><br> **DREW EVANS**, *in his official capacity as Superintendent of the Minnesota Bureau of Criminal Apprehension;* <br><br>      *Plaintiffs,* <br>  **v.** <br><br> **U.S. DEPARTMENT OF JUSTICE**; <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**; <br><br> **PAMELA BONDI**, *in her official capacity as Attorney General of the United States;* <br><br> **MARKWAYNE MULLIN**, *in his official capacity as Secretary of the U.S. Department of Homeland Security.* <br><br>      ***Defendants.*** | **Case No. 26-cv-01007-EGS** |

## NOTICE OF APPARANCE

   PLEASE TAKE NOTICE that Morgan D. Kunz enters his appearance as counsel for Plaintiff Hennepin County Attorney in this matter pursuant to Local Civil Rule 83.2(e).

Date: March 26, 2026

               Respectfully submitted,

               MARY MORIARTY
               Hennepin County Attorney

               **/s/ Morgan D Kunz**
               Morgan D. Kunz
               Assistant Hennepin County Attorney
               MN Atty. Reg. No. 0396177
               300 South 6th Street, A-1200
               Minneapolis, MN  55487
               612-348-0817, Morgan.Kunz@hennepin.us

-1-