**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF MINNESOTA, et al., <br><br><br> *Plaintiff,* <br> v. <br><br><br> U.S DEPARTMENT OF JUSTICE, et al., <br><br> *Defendants.* | No. 26-CV-01007-EGS |

**PROOF OF SERVICE AFFIDAVIT**

I, Ashley Knott, hereby declare as follows:

1)      I served a copy of the complaint and summonses on all Defendants as follows:

a)      On March 24, 2026, I emailed a copy of the complaint and each summons to the U.S. Attorney's Office for the District of Columbia at the address usadc.servicecivil@usdoj.gov, which that office has designated for the receipt of service under Federal Rule of Civil Procedure 4(i)(1)(A).  I received a response on March 30, 2026, confirming that the summons and complaint had been received "with a service date of March 24, 2026."  A true correct copy of that email confirmation appears as Exhibit 1.

b)      On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to Pamela Bondi at the following address: 950 Pennsylvania Avenue NW, Washington, DC 20530.  The U.S. Postal Service ("USPS") website shows that the materials were delivered on April 6, 2026.

c)      On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to the U.S. Department of Justice at the following address: 950 Pennsylvania

-1-

Avenue NW, Washington, DC 20530.  The U.S. Postal Service ("USPS") website shows that the materials were delivered on April 6, 2026.

d)    On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to Kristi Noem at the following address: 2707 Martin Luther King Jr. Avenue SE, Washington, DC 20528.  The U.S. Postal Service ("USPS") website shows that the materials were delivered on April 3, 2026.

e)    On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to the U.S. Department of Homeland Security at the following address: 2707 Martin Luther King Jr. Avenue SE, Washington, DC 20528.  The U.S. Postal Service ("USPS") website shows that the materials were delivered on April 3, 2026.

f)    On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to the U.S. Attorney's Office for the District of Columbia at the following address:  601 D Street NW, Washington, DC 20579.  The USPS website shows that the materials were delivered on April 6, 2026.

g)    On March 24, 2026, I mailed a copy of the complaint and each summons by certified mail to the Attorney General of the United States at the following address:  950 Pennsylvania Ave. NW, Washington, DC 20530.  The USPS website shows that the materials were delivered on April 6, 2026.

2)    Copies of the Certified Mail Receipts are attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 8, 2026                     _/s/_Ashley Knot_____
                                         Ashley Knott

# Exhibit 1

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Ashley Knott; USADC-ServiceCivil |
| **Cc:** | Kyle Freeny |
| **Subject:** | RE: [External] Complaint and Summons for Service |
| **Date:** | Monday, March 30, 2026 3:50:46 PM |

The summons and complaint have been received by email, with a service date of March 24, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Ashley Knott <aknott@washingtonlitigationgroup.org>
**Sent:** Tuesday, March 24, 2026 3:48 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Kyle Freeny <kfreeny@washingtonlitigationgroup.org>
**Subject:** [EXTERNAL] Complaint and Summons for Service

Attached please find the complaint, civil cover sheet and summonses for case number 1:26-cv-01007.

Best regards,

**Ashley Knott**
Paralegal | Washington Litigation Group

███████████

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

Certified Mail Fee $5.30
$ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To DHS Dept. of Homeland Security
Street and Apt. No., or PO Box No. 2707 Martin Luther King Jr. Ave.
City, State, ZIP+4® Washington, DC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee $5.30
$ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $1.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To Pamela Bondi
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4® Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee $5.30
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To DOJ Dept. of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4® Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Washington, DC 20528

Certified Mail Fee $5.30
$ $4

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To Kristi Noem
Street and Apt. No., or PO Box No. 2707 Martin Luther King Jr. Ave SE
City, State, ZIP+4® Washington, DC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee $5.30
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To AG of the US
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20579

Certified Mail Fee $5.30
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $3.00

Total Postage and Fees $12.70

Sent To DCUUSAO US Atty for DC
Street and Apt. No., or PO Box No. 601 D Street NW
City, State, ZIP+4® Washington, DC 20579

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions