**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF MINNESOTA, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al. <br><br> *Defendants*. | Case No. 1:26-cv-01007-EGS |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE**

Defendants respectfully request that the Court extend their deadline to respond to Plaintiffs' complaint, which currently is May 26, 2026, until June 25, 2026. Plaintiffs do not oppose the relief requested herein.  As good cause for this request, Defendants state as follows:

1.    In December 2025, the Department of Homeland Security ("DHS") launched Operation Metro Surge, a large-scale immigration enforcement action in the State of Minnesota. During the operation, two individuals (Renee Good and Alex Pretti) were killed while a third individual (Julio Cesar Sosa-Celis) was wounded in a shooting.

2.    Over the course of February 2026, Minnesota state officials submitted six letters in total, comprised of three identical requests to both DHS and the U.S. Attorney's Office for the District of Minnesota (USAO), requesting the release of investigatory information allegedly sought in connection with the State's investigation of the three incidents.

3.    On March 24, 2026, Plaintiffs filed their complaint challenging the Government's failure to provide the requested information in response to those letters under the Administrative Procedure Act and the Tenth Amendment. ECF No. 1. Plaintiffs served the USAO on March 24,

2026. Accordingly, Defendants' response to the complaint is currently due by May 26, 2026. *See* Fed. R. Civ. P. 12(a)(2).

4.    The Parties conferred in good faith about the proceedings in this action and agree to the following schedule:

- June 4: Defendants will respond to Plaintiffs' letters referenced in para 2, *supra* and produce to Plaintiffs an administrative record.

- June 18: Plaintiffs will amend their complaint to address the June 4 letters.

- June 25, 2026: Defendants and Plaintiffs shall file their respective cross-dispositive motions.

- The parties' oppositions and replies shall be filed in accordance with Local Civil Rule 7.

5.    Plaintiffs do not oppose this requested relief. Neither Plaintiffs nor Defendants waive any arguments by agreeing to the foregoing schedule. Plaintiffs do not oppose this requested relief, with the caveat that they "reserve the position that  Defendants have already made denial decisions that constitute final agency action, and that any letters produced after the filing of the Complaint would represent Defendants' post-hoc litigating position; and their agreement does not constitute an admission or agreement that the administrative record that will be filed June 4, 2026, represents the operative administrative record in this matter."  A proposed Order accompanies this motion.

WHEREFORE, Defendants respectfully request that this Court grant this motion and enter the proposed Order.


 Dated:  May 20, 2026                                    Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General, Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal
Programs Branch

PIERCE J. ANON N.Y. Bar No. 6184303
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530 (202) 305-7573
Pierce.Anon@usdoj.gov

*/s/ Patrick Keating*
PATRICK K. KEATING (MD Bar No.
2211140001)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 598-0256
patrick.k.keating@usdoj.gov

*Counsel for Defendants*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF MINNESOTA, et al.

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.

    *Defendants.*

Case No. 1:26-cv-01007-EGS

## **PROPOSED ORDER**

Upon consideration of Defendants' Unopposed Motion to Extend Answer Deadline, and

for good cause shown, it is this _____ day of _____, 2026,

**ORDERED**, that

- June 4, 2026:  Defendants shall respond to Plaintiffs' February 2026 letters and produce an administrative record to Plaintiffs;

- June 18: Plaintiffs will amend their complaint to address the June 4 letters

- June 25, 2026:  Defendants and Plaintiffs shall file their respective cross-dispositive motions.

- The parties' oppositions and replies shall be filed in accordance with Local Civil Rule 7.

**SO ORDERED**.

Dated: _____

_____
Hon. Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE