# Exhibit 16



**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

*600 United States Courthouse*   *Telephone: (612) 664-5600*
*300 South Fourth Street*   *Fax: (612) 664-5787*
*Minneapolis, MN  55415*

June 2, 2026

Drew Evans
Superintendent
Minnesota Bureau of Criminal Apprehension
1430 Maryland Ave East
St. Paul, Minnesota
55106

*Via email:* █████████████████

        In Re: <u>Investigation of Christian Castro</u>

Dear Superintendent Evans:

        The United States Attorneys Office for the District of Minnesota is currently investigating the actions of Christian Castro and others that occurred on January 14, 2026, in Minneapolis, Minnesota. We know that the Bureau of Criminal Apprehension responded to the scene and collected important evidence relating to the event. In early March 2026 we informally requested all information related to your investigation from BCA investigators Surprisingly, in spite of our long cooperative working relationship, we did not receive any information.

        Based on a review of the Hennepin County Attorney's Office Complaint charging Mr. Castro with various crimes, we now know the extent and importance of the information the BCA collected.  To complete our investigation and determine if sufficient evidence exists to proceed with federal charges, we are seeking all information and evidence collected by the BCA during its investigation, from both the initial response and any subsequent information acquired, either by the BCA or assisting agencies.

        We have attached a non-exhaustive list (Attachment A) of the information we are seeking.  We have always had a collaborative and productive relationship with your office, and we hope to continue to work together on this matter which is so important to the citizens of Minnesota.  If you will provide the information, we would like to receive the

materials by June 12, 2026.  If  you cannot or will not provide the materials, please let us know as soon as possible.

Thank you for your consideration of this request.

Sincerely,

DANIEL N. ROSEN
United States Attorney

*s/ David P. Steinkamp*
*s/Matthew   Evans*

DAVID P. STEINKAMP
MATTHEW   EVANS
Assistant U.S. Attorneys

DPS/tac

Attachment A

1.   We request any and all physical evidence relevant to the January 14, 2026, shooting of Julio Cesar Sosa-Celis in Minneapolis, Minnesota (the "January 14 shooting"). This evidence includes, but is not limited to, physical evidence located and/or recovered from the scene of the shooting or the pursuit leading up to the shooting, such as: discharged cartridge casings; any and all firearms; any physical objects used by any individuals involved in the incident; material collected for, and reports related to, any and all ballistics testing; material collected for, and reports related to, any and all forensics testing; motor vehicles and the contents thereof, including any GPS technologies; any other item collected on the scene; and any item related to the January 14 shooting collected pursuant to a search warrant. We also request a chain of custody for any and all such evidence.

2.   We request any and all communications devices and computing devices, including but not limited to cellular phones, computers, and GPS devices, used by any and all witnesses and victims involved in the January 14 shooting, including but not limited to Mr. Sosa-Celis, Alfredo Alejandro Aljorna, or Gabriel Alejandro Hernandez-Ledezma, and any other person who was present at the scene of the shooting at any time on January14, 2026. We also request a chain of custody for any and all such evidence.

3.   We request any and all photographs, videos, measurements, scene reconstructions and other imaging relevant to the January 14 shooting. This evidence includes, but is not limited to, material that was recorded by any BCA or other local police evidence response team and material recorded by members of the public that was obtained by any state or local officer, or investigator. It includes, but is not limited to, photographs and videos from official and personal devices, networks, and systems. It also includes any dashboard camera or body camera footage, as well as the devices used to make such recordings and the charging stations for those devices.

4.   We request any and all radio communications originating with BCA agents or from local police agencies in the BCA's possession for the  period from 4:00 p.m. Central time on January 14, 2026, through 4:00 p.m. January 16, 2026, including, but not limited to, any and all dispatch calls and radio traffic.

5.   We request any and all BCA and assisting law-enforcement agency reports related to the January 14 shooting, including but not limited to: incident reports concerning Mr. Sosa-Celis, Mr. Aljorna, Mr. Hernandez-Ledezma, or any other individual at the scene of the January 14 shooting; injury reports; arrest reports; medical reports and records, property damage reports; investigative assessments, openings, or closing and related communications; administrative warrants; maps, measurements, and diagrams of the January 14 shooting scene and any area related to any pursuit leading to the scene; affidavits drafted in connection with the January 14 shooting incident; judicial search warrants sought and/or executed related to the January 14 shooting incident, including any affidavits and search warrant return documents; after-action reports and memoranda; any and all reports concerning the detention, questioning, or arrest of individuals who were at or near the scene of the January 14 shooting.

6.  We request any and all communications from witnesses pertaining to the January 14 shooting and to the circumstances leading up to and surrounding that shooting, including, but not

limited to: statements to, from, or among state agents and officers regarding the shooting, the circumstances leading up to and surrounding the shooting, or responding to, processing, or investigating the shooting; statements to or from state or local law enforcement officers regarding the shooting; statements to, from, or among first responders, including fire, EMS, and other medical responders; statements to or from civilian witnesses; and any statements by Mr. Sosa-Celis, Mr. Aljorna, or Mr. Hernandez-Ledezma. These items may take the form of written statements, emails, video or audio recordings, text messages, and messages on Signal, WhatsApp, Teams, or other platforms.

7.   We request any and all reports of medical assessment, diagnosis, and treatment for any person, including any civilian, state or federal agent or officer, who reported, was examined for, or was treated for injuries related to the January 14 shooting, whether that assessment, diagnosis, and treatment occurred at the scene of the shooting or elsewhere.