**UNITED   STATES   DISTRICT   COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF MINNESOTA, *by and through its*
*Attorney General Keith Ellison*, MARY
MORIARTY, *in her official capacity as the*
*Hennepin County Attorney;* and DREW EVANS,
*in his official capacity as   Superintendent of the*
*Minnesota Bureau of Criminal Apprehension*;

                   *Plaintiffs,*

     v.

U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, *in his official capacity as Acting*
*Attorney General of the United States;* and
MARKWAYNE MULLIN *in his official capacity as*
*Secretary of the U.S. Department of Homeland*
*Security*;

                  *Defendants.*

No. 26 Civ. 1007 (EGS)

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR**
**CROSS-DISPOSITIVE MOTIONS**

Plaintiffs respectfully move the Court for an 11-day extension of time, until Monday,

July 6, to file their Motion for Summary Judgment in this matter.  Pursuant to the parties' agreed

briefing schedule, cross-dispositive motions are currently due June 25 (although in the absence

of that agreed schedule, there would be no deadline for Plaintiffs to move for summary

judgment).  To maintain the existing structure of simultaneous filings and at Defendants' request,

Plaintiffs also ask that Defendants' deadline to file a dispositive motion be similarly extended to

July 6.  In support of their request, Plaintiffs state that the Minnesota BCA, Minnesota U.S.

Attorney's Office ("USAO"), and Federal Bureau of Investigation ("FBI") have recently re-

engaged in discussions about the prospect of mutual information sharing.  A brief extension of

-1-

time for the filing of dispositive motions while discussions are underway would serve the interests of judicial economy and allow for continued discussions that may affect the scope and/or nature of the issues presented for summary judgment.  Plaintiffs request a limited extension through July 6 based on the current status of discussions.  Should circumstances materially change before that date, the parties can advise the Court accordingly.

WHEREFORE, Plaintiffs respectfully request that the Motion be granted and the Court extend, until July 6, 2026, the parties' deadlines for cross-dispositive motions in this case. Defendants do not oppose the requested relief.

Dated: June 22, 2026

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Peter J. Farrell
PETER J. FARRELL
Deputy Solicitor General
JOSEPH RICHIE
Special Counsel
KIMBERLY SVENDSEN
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
Peter.Farrell@ag.state.mn.us
Joseph.Richie@ag.state.mn.us
kimberly.svendsen@ag.state.mn.us

Attorneys for Plaintiffs State of Minnesota
and the Minnesota Bureau of
Criminal Apprehension

Respectfully Submitted,

MARY F. MORIARTY
Hennepin County Attorney

SARAH E. DAVIS
MORGAN D. KUNZ
CLARE A. DIEGEL
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
Sarah.Davis@hennepin.us
Morgan.Kunz@hennepin.us
Clare.Diegel@hennepin.us

/s/ Kyle R. Freeny
KYLE R. FREENY (D.C. Bar No. 1684764)
NATHANIEL A.G. ZELINSKY (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
(202) 521-8750
1717 K Street NW
Washington, DC 20006
kfreeny@washingtonlitigationgroup.org

MARY MCCORD (D.C. Bar No. 427563)
RUPA BHATTACHARYYA (D.C. Bar No. 1631262)

-2-

-3-

JULIA GEGENHEIMER (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
    AND PROTECTION
Georgetown University Law Center 600
New Jersey Ave. NW
Washington, D.C. 20001

*Attorneys for Plaintiff Mary Moriarty, in her official capacity as Hennepin County Attorney*