**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, MARY MORIARTY, *in her official capacity as the Hennepin County Attorney;* and DREW EVANS, *in his official capacity as   Superintendent of the Minnesota Bureau of Criminal Apprehension;*<br><br>        *Plaintiffs,*<br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States;* and MARKWAYNE MULLIN *in his official capacity as Secretary of the U.S. Department of Homeland Security;*<br><br><br>        *Defendants.* | No. 26 Civ. 1007 (EGS) |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties respectfully move the Court to modify the existing briefing schedule for cross-dispositive motions for good cause shown.  Currently, Defendants' deadline to file a dispositive motion in this case—which is also their deadline to respond to the Amended Complaint—is Monday, July 6, 2026.  Plaintiffs' deadline to file a motion for summary judgment is also currently July 6.  The parties submit that these deadlines should be modified, in the interests of judicial economy, in light of ongoing discussions between the Minnesota BCA, Minnesota U.S. Attorney's Office ("USAO"), and Federal Bureau of Investigation ("FBI") about the prospect of mutual information sharing.  The recent re-initiation of these discussions formed the basis of Plaintiffs' most recent unopposed motion to extend the parties' deadlines for filing cross-motions by one week (ECF No. 18), which the Court granted.  Because these discussions remain ongoing and

because they may affect the scope and/or nature of the issues presented in a motion for summary judgment and/or motion to dismiss, the parties seek further modification of the briefing schedule to avoid any potentially unnecessary briefing and/or ensure that any briefing is informed by the outcome of the parties' discussions.  Because there is ordinarily no fixed deadline for plaintiffs to file a motion for summary judgment at this stage in the litigation (and there is no such deadline set by the Federal Rules of Civil Procedure), the parties agree that the Plaintiffs' deadline for filing a motion for summary judgment should be taken off the calendar.  In addition, the parties request that Defendants' deadline for responding to the Amended Complaint be extended for 45 days, until August 20, 2026 (with the possibility that the parties would move for a further extension, depending on the status of the parties' discussions).

WHEREFORE, the parties respectfully request that the Motion be granted and that the Court (1) extend, until August 20, 2026, the Defendants' deadline to respond to the Amended Complaint / file a dispositive motion, and (2) remove Plaintiffs' deadline to move for summary judgment from the scheduling order.  A proposed order is attached.

Dated: June 30, 2026

KEITH ELLISON
Attorney General
State of Minnesota

PETER J. FARRELL
Deputy Solicitor General
JOSEPH RICHIE
Special Counsel
KIMBERLY SVENDSEN
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
Peter.Farrell@ag.state.mn.us
Joseph.Richie@ag.state.mn.us
kimberly.svendsen@ag.state.mn.us

Respectfully Submitted,

MARY F. MORIARTY
Hennepin County Attorney

SARAH E. DAVIS
MORGAN D. KUNZ
CLARE A. DIEGEL
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
Sarah.Davis@hennepin.us
Morgan.Kunz@hennepin.us
Clare.Diegel@hennepin.us

*/s/ Kyle R. Freeny*
KYLE R. FREENY (D.C. Bar No. 1684764)

*Attorneys for Plaintiffs State of Minnesota and the Minnesota Bureau of Criminal Apprehension*

NATHANIEL A.G. ZELINSKY (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
(202) 521-8750
1717 K Street NW
Washington, DC 20006
kfreeny@washingtonlitigationgroup.org

MARY MCCORD (D.C. Bar No. 427563)
RUPA BHATTACHARYYA (D.C. Bar No. 1631262)
JULIA GEGENHEIMER (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center 600 New Jersey Ave. NW
Washington, D.C. 20001

*Attorneys for Plaintiff Mary Moriarty, in her official capacity as Hennepin County Attorney*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Patrick K. Keating (with permission)*
PATRICK K. KEATING (MD Bar No. 2211140001)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-0256
Email: Patrick.K.Keating@usdoj.gov

*Counsel for Defendants*