**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*, MARY MORIARTY, *in her official capacity as the Hennepin County Attorney;* and DREW EVANS, *in his official capacity as Superintendent of the Minnesota Bureau of Criminal Apprehension*;

*Plaintiffs,*

v.

U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, *in his official capacity as Attorney General of the United States;* and MARKWAYNE MULLIN *in his official capacity as Secretary of the U.S. Department of Homeland Security*;

*Defendants.*

No. 26 Civ. 1007 (EGS)

**JOINT MOTION TO EXTEND DEADLINE**

The parties respectfully move the Court to extend the current deadline for Defendants to file a dispositive motion for good cause shown. Currently, Defendants' deadline to file a dispositive motion in this case—which is also their deadline to respond to the Amended Complaint—is Monday, September 21, 2026. The parties submit that this date should be extended for seven (7) days, until September 28, 2026.

The parties previously moved to extend the deadline on June 22, 2026, June 30, 2026, and August 17, 2026. (ECF Nos. 18, 20, and 21) These extensions were necessary in order to accommodate the review of certain discovery turned over by the U.S. Attorney's Office for the District of Minnesota ("USAO") to the Hennepin County Attorney's Office ("HCAO") and the Minnesota Bureau of Criminal Apprehension ("BCA") in July. The parties, having met and

conferred in good faith about the proceedings in this action, seek a brief extension of the deadline and request that this Court set the following briefing schedule for cross-dispositive motions:

- September 28: Defendants will file their dispositive motion.
- October 13: Plaintiffs will file their opposition and cross-dispositive motion.
- October 20: Defendants will file their reply and opposition.
- October 27: Plaintiffs will file their reply.

WHEREFORE, the parties respectfully request that the Motion be granted and that the Court extend the deadline for Defendants to file a dispositive motion and respond to the Amended Complaint until September 28, 2026. A proposed order is attached.

Dated: September 16, 2026

Respectfully Submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Peter J. Farrell
PETER J. FARRELL
Acting Solicitor General
JOSEPH RICHIE
Special Counsel
KIMBERLY SVENDSEN
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
Peter.Farrell@ag.state.mn.us
Joseph.Richie@ag.state.mn.us
kimberly.svendsen@ag.state.mn.us

*Attorneys for Plaintiffs State of Minnesota and the Minnesota Bureau of Criminal Apprehension*

MARY F. MORIARTY
Hennepin County Attorney

SARAH E. DAVIS
MORGAN D. KUNZ
CLARE A. DIEGEL
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
Sarah.Davis@hennepin.us
Morgan.Kunz@hennepin.us
Clare.Diegel@hennepin.us

/s/ Kyle R. Freeny
KYLE R. FREENY (D.C. Bar No. 1684764)
NATHANIEL A.G. ZELINSKY (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
(202) 521-8750
1717 K Street NW
Washington, DC 20006
kfreeny@washingtonlitigationgroup.org

MARY MCCORD (D.C. Bar No. 427563)
RUPA BHATTACHARYYA (D.C. Bar No. 1631262)
JULIA GEGENHEIMER (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center 600
New Jersey Ave. NW
Washington, D.C. 20001

*Attorneys for Plaintiff Mary Moriarty, in her official capacity as Hennepin County Attorney*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Patrick K. Keating*
PATRICK K. KEATING (MD Bar No. 2211140001)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-0256
Email: Patrick.K.Keating@usdoj.gov

*Counsel for Defendants*