**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF MINNESOTA, et al.

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.

*Defendants.*

Case No. 1:26-cv-1007-EGS

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants respectfully move the Court for an order dismissing Plaintiffs' amended complaint for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court grant the motion.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Patrick K. Keating*
PATRICK K. KEATING (MD Bar No. 2211140001)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

(202) 598-0256
patrick.k.keating@usdoj.gov

*Counsel for Defendants*