**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF MINNESOTA, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Case No. 1:26-cv-1007-EGS

**NOTICE OF FILING OF CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the Administrative Record pursuant to Local Rule 7(n). A certification of the Administrative Record and its index accompany this filing. Defendants have produced the full contents of the Administrative Record to counsel for Plaintiffs.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BETSY J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *Patrick K. Keating*
PATRICK K. KEATING
MD Bar No. 2211140001
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-0256
E-mail: Patrick.K.Keating@usdoj.gov

*Counsel for Defendants*