**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

State of Minnesota, *et al*.

*Plaintiffs,*

v.

United States Department of Justice, *et al*.

*Defendants.*

Case No. 1:26-cv-01007-EGS

**CERTIFICATION OF ADMINISTRATIVE RECORD INDEX**

I, Suzanne N. Almetica, Acting Chief Counsel, U.S. Customs and Border Protection, U.S. Department of Homeland Security, hereby certify that the attached Administrative Record Index is a true, correct, and complete copy of the non-privileged documents that comprise the Administrative Record for the U.S. Customs and Border Protection June 4, 2026 *Touhy* denial letter related to the above-captioned case.

Dated: June 4, 2026

By: SUZANNE N ALMETICA Digitally signed by SUZANNE N ALMETICA Date: 2026.06.04 22:28:30 -04'00'

Suzanne N. Almetica
Acting Chief Counsel
Office of Chief Counsel
U.S. Customs and Border Protection