# CERTIFIED ADMINISTRATIVE RECORD INDEX
# U.S. CUSTOMS AND BORDER PROTECTION
# TOUHY RESPONSE – FEBRUARY 17, 2026 LETTER FROM THE STATE OF MINNESOTA
# MR. ALEX JEFFREY PRETTI

| AR BATES BEGIN | AR BATES END | Document Description |
|---|---|---|
| | | |
| CBP001 | CBP010 | Office of the Hennepin County Attorney, State of Minnesota, February 17, 2026 Request to the Department of Homeland Security, Office of General Counsel |
| | | |
| CBP011 | CBP012 | Referral Email from DHS-OGC to CBP re handling of February 17, 2026 Request from the State of Minnesota |
| | | |
| CBP013 | CBP018 | 19 C.F.R. 103.21-103.23 |
| | | |
| CBP019 | CBP023 | CBP Touhy Response to February 17, 2026 State of Minnesota Request |