UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Minnesota, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Justice, et al.,<br><br>Defendants. | Civil Case No.: 1:26-cv-01007 |

**CERTIFICATION OF ADMINISTRATIVE RECORD INDEX**

I, Daniel N. Rosen, hereby certify that the attached documents labeled USAO-MN_0001-51 are a true, correct, and complete copy of the non-privileged documents that comprise the Administrative Record for my June 3, 2026 decisions at issue in the above-captioned case.

Dated: June 4, 2026

*s/ Daniel N. Rosen*
DANIEL N. ROSEN
United States Attorney
District of Minnesota