# CERTIFIED ADMINISTRATIVE RECORD INDEX
# UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF MINNESOTA
# RESPONSE – FEBRUARY 2, 17, and 19 2026 LETTERS FROM HENNEPIN COUNTY/BCA

| AR BATES BEGIN | AR BATES END | Document Description |
|---|---|---|
| | | |
| USAO-MN 0001 | USAO-MN 0009 | Hennepin County request – Good |
| USAO-MN 0010 | USAO-MN 0019 | Hennepin County request – Sosa-Celis |
| USAO-MN 0020 | USAO-MN 0028 | Hennepin County/BCA request – Pretti |
| USAO-MN 0029 | USAO-MN 0030 | USAO-MN response – Sosa-Celis |
| USAO-MN 0031 | USAO-MN 0032 | USAO-MN response – Good |
| USAO-MN 0033 | USAO-MN 0034 | USAO-MN response – Pretti |
| USAO-MN 0035 | USAO-MN 0050 | 28 C.F.R. §§ 16.21 – 16.29 |