UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF MINNESOTA et al, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 1:26-cv-01007-EGS |
| DEPARTMENT OF JUSTICE et al. | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**CERTIFICATION OF ADMINISTRATIVE RECORD INDEX**

I, Sara Jazayeri, hereby certify to the best of my knowledge, information, and belief, that the attached documents labeled AR00001-AR0000140 are a true, correct, and complete copy of the non-privileged documents that comprise the Administrative Record for the U.S. Immigration and Customs Enforcement decisions at issue in the above captioned case.

Dated: June 4, 2026

SARA JAZAYERI
Digitally signed by SARA JAZAYERI
Date: 2026.06.04 23:52:08 -04'00'

Sara Jazayeri
Division Counsel
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement