Minnesota, et al. v. U.S. Department of Justice, et al.,
Index of Certified Administrative Record

| Date | Description | Number of Pages | Bates Numbers |
|---|---|---|---|
| Jan. 27, 2003 (as amended) | Domestic Security, Department of Homeland Security, Office of the Secretary, Disclosure of Records and Information, 6 C.F.R. Part 5, Subpart C | 11 | AR000001-AR000011 |
| Mar. 1, 2003 | DHS Management Directive No. 0495.1, *Response to Demands in Connection With Litigation to Which the United States is Not a Party* | 5 | AR000012-AR000016 |
| Jan. 6, 2005 | DHS Management Directive No. 11042.1, *Safeguarding Sensitive but Unclassified (For Official Use Only) Information* | 13 | AR000017-AR000028 |
| Aug. 13, 2010 | U.S. Immigration and Customs Enforcement Privacy Guidance, *Requests for Information Under Section (b)(7) of the Privacy Act* | 5 | AR000029-AR000034 |
| May 20, 2014 | U.S. Immigration and Customs Enforcement Directive No. 4003.2, *Safeguarding Law Enforcement Sensitive Information* | 23 | AR000035-AR000057 |
| Dec. 4, 2017 | DHS Privacy Policy Directive No. 047-01-007, Revision 3, *Handbook for Safeguarding Sensitive PII* | 20 | AR000058-AR000077 |
| Feb. 2, 2026 | Demand letter from Mary F. Moriarty, Hennepin County Attorney, to DHS Office of the General Counsel regarding death of Renee Nicole Good | 9 | AR000078-AR000086 |
| Feb. 3, 2026 | Email from Morgan D. Kunz forwarding a demand letter for Renee Good. | 2 | AR000087-AR000088 |
| Feb. 17, 2026 | Demand letter from Mary F. Moriarty, Hennepin County Attorney, and Drew Evans, Superintendent of Bureau of Criminal Apprehension, to DHS Office of the General Counsel regarding death of Alex Jeffrey Pretti | 10 | AR000089-AR000098 |

| | | | |
|---|---|---|---|
| Feb. 18, 2026 | Email from ICE requesting an extension of time to respond to request for information regarding Renee Nicole Good and referencing demand in Alex Pretti and Response from Mogan D. Kunz | 2 | AR000099-AR000100 |
| Feb. 18, 2026 | DHS email forwarding demand letter regarding Alex Jeffrey Pretti | 2 | AR000101-AR000102 |
| Feb. 19, 2026 | Demand letter from Mary F. Moriarty, Hennepin County Attorney, to DHS Office of the General Counsel regarding death of Julio Cesar Sosa-Celis | 10 | AR000103-AR000112 |
| Feb. 19, 2026 | Email from Morgan D. Kunz forwarding a demand letter for Julio Sosa Celis | 3 | AR000113-AR000115 |
| Mar. 3, 2026 | Email from ICE to Mary F. Moriarty and Morgan D. Kunz attaching letter in response to demand for information regarding Renee Nicole Good | 3 | AR000116-AR000118 |
| Mar. 3, 2026 | Letter from ICE to Mary F. Moriarty and Morgan D. Kunz responding to demand for information regarding Renee Nicole Good | 2 | AR000119-AR000120 |
| June 4, 2026 | Letter from ICE responding to demand letter regarding Alex Jeffrey Pretti | 7 | AR000121-AR000127 |
| June 4, 2026 | Letter from ICE responding to demand letter regarding Julio Cesar Sosa-Celis | 7 | AR000128-AR000134 |
| June 4, 2026 | Updated letter from ICE responding to demand letter regarding Renee Nicole Good | 6 | AR000135-AR000140 |