**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF MINNESOTA, *by and through its Attorney General Keith Ellison*; MARY MORIARTY, *in her official capacity as the Hennepin County Attorney;* and DREW EVANS, *in his official capacity as Superintendent of the Minnesota Bureau of Criminal Apprehension*;<br><br>*Plaintiffs,*<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, *in his official capacity as Attorney General of the United States;* and MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*;<br><br>*Defendants.* | No. 26-cv-1007 (EGS) |

**DECLARATION OF KYLE R. FREENY**

I, Kyle R. Freeny, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I have personal knowledge of the facts stated herein except where stated otherwise.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the January 6, 2026, 1:02 p.m., X.com post from the official Department of Homeland Security account (@DHSgov) quoting Acting Director of ICE Todd Lyons, posted at https://x.com/DHSgov/status/2008600031620952221 [https://perma.cc/DG66-GXDP]. Embedded in that post is a video of ICE Acting Director Todd Lyons. I have personally

reviewed that video to confirm that he characterizes Operation Metro Surge as the "largest immigration operation ever taking place."

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of the February 28, 2026 article from The Minnesota Star Tribune titled "ICE surged in Minnesota to arrest criminals. Many of them were already in jail.," posted at https://www.startribune.com/ice-surged-in-minnesota-to-arrest-criminals-many-of-them-were-already-in-jail/601584589 [https://perma.cc/9VVZ-ZYRS].

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of the January 23, 2026 article from Stateline titled "Footage, documents at odds with DHS accounts of immigration enforcement incidents," posted at https://stateline.org/2026/01/23/footage-documents-at-odds-with-dhs-accounts-of-immigration-enforcement-incidents/ [https://perma.cc/W4B9-BCRG].

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of the January 9, 2026 article from CBS Minnesota titled "Minnesota AG, Hennepin Co. vow to still collect evidence in ICE shooting after state authorities shut out of federal investigation," posted at https://www.cbsnews.com/minnesota/news/minnesota-ice-shooting-hennepin-county-collects-evidence-investigation/ [https://perma.cc/PY3R-25KU].

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of the January 9, 2026 article from Mediaite - Yahoo News titled "Trump Says He's Freezing Minnesota Officials Out of ICE Shooting Probe Because Tim Walz Is 'A Stupid Person,'" posted at https://www.yahoo.com/news/articles/trump-says-freezing-minnesota-officials-230604582.html?guccounter=1 [https://perma.cc/4WDE-ES2K].

7. I have reviewed the video recording titled "White House Daily Briefing" published on January 8, 2026 by C-SPAN, and available https://www.c-span.org/program/white-house-event/white-house-daily-briefing/671364?utm_. Prior to the filing of the Amended Complaint in this case, I personally reviewed that video and can confirm that the quotations from that recording appearing in Plaintiffs' Statement of Undisputed Material Facts and Memorandum are accurate transcriptions of the statements made in the recording, as I heard and understood them.

8. I have reviewed the video recording titled "Deputy AG calls out Dem's 'complete lie' about ICE agents amid Minneapolis protests," published on January 18, 2026 by Fox News, and available at https://www.foxnews.com/video/6387906201112 [https://perma.cc/TDR4-EHQW]. Prior to the filing of the Amended Complaint, I personally reviewed the video and can confirm that the quotations from that recording appearing in Plaintiffs' Statement of Undisputed Material Facts and Memorandum are accurate transcriptions of the statements made in the recording, as I heard and understood them.

9. Attached to this declaration as **Exhibit 6** is a true and correct copy of the January 13, 2026 article (updated January 15, 2026) from The New York Times titled "Six Prosecutors Quit Over Push to Investigate ICE Shooting Victim's Widow," posted at https://www.nytimes.com/2026/01/13/us/prosecutors-doj-resignation-ice-shooting.html [https://perma.cc/TZ6N-AU4T].

10. Attached to this declaration as **Exhibit 7** is a true and correct copy of the January 13, 2026 article from The AP titled "Justice Department sees no basis for civil rights probe in Minnesota ICE shooting, official says," posted at https://apnews.com/article/justice-

department-resignations-renee-good-f456dc01c7d72e15662016193b2e383e [https://perma.cc/466L-VLRU].

11. Attached to this declaration as **Exhibit 8** is a true and correct copy of the January 23, 2026 article from The New York Times titled "FBI Agent Who Tried to Investigate ICE Officer in Shooting Resigns," posted at https://www.nytimes.com/2026/01/23/us/politics/fbi-agent-ice-shooting-renee-good.html [https://perma.cc/CYC8-DEFX].

12. Attached to this declaration as **Exhibit 9** is a true and correct copy of the April 6, 2026 article from The New York Times titled "Newly Obtained Video of Minneapolis Shooting Undermines ICE Account," posted at https://www.nytimes.com/2026/04/06/us/minnesota-ice-shooting-video.html [https://perma.cc/3NKU-AEWA].

13. Attached to this declaration as **Exhibit 10** is a true and correct copy of the April 6, 2026 article from The Minnesota Star Tribune titled "New footage of nonfatal ICE shooting in Minneapolis contradicts agency's self-defense claims," posted at https://www.startribune.com/minneapolis-releases-new-footage-of-north-minneapolis-ice-shooting-contradicting-agencys-self-defense-claims/601661671 [https://perma.cc/2JM9-YCS2].

14. Attached to this declaration as **Exhibit 11** is a true and correct copy of the May 29, 2026 article from North News titled "Update: ICE agent arrested in non-fatal shooting of immigrant," posted at https://mynorthnews.org/stories/2026/5/29/ice-agent-arrested-in-shooting-of-immigrant-and-falsely-claiming-attack?utm [https://perma.cc/J4B5-4J7P].

15. Attached to this declaration as **Exhibit 12** is a true and correct copy of the January 24, 2026 article from The Guardian titled "Alex Pretti killing in Minneapolis by federal agents: what we know so far," posted at https://www.theguardian.com/us-news/2026/jan/24/alex-pretti-minneapolis-what-we-know-so-far [https://perma.cc/7KKM-GTUD].

16. Attached to this declaration as **Exhibit 13** is a true and correct copy of the January 25, 2026 article from The Independent titled "Trump responds to latest fatal DHS shooting of US citizen in Minneapolis with rant against Tim Walz, Jacob Frey and Ilhan Omar," posted at https://www.independent.co.uk/news/world/americas/us-politics/trump-ice-shooting-minneapolis-ilhan-omar-b2907062.html [https://perma.cc/T9NH-PK67].

17. Attached to this declaration as **Exhibit 14** is a true and correct copy of the purported administrative record certified by Immigration and Customs Enforcement, which was transmitted to Plaintiffs' counsel by Defendants' counsel on or about June 5, 2026.

18. Attached to this declaration as **Exhibit 15** is a true and correct copy of the purported administrative record from Customs and Border Patrol, which was transmitted to Plaintiff's counsel by Defendants' counsel on or about June 5, 2026.

19. Attached to this declaration as **Exhibit 16** is a true and correct copy of the purported administrative record from the Department of Justice, which was transmitted to Plaintiff's counsel by Defendants' counsel on or about June 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October, 2026.

*/s/ Kyle R. Freeny*
KYLE R. FREENY (D.C. Bar No. 1684764)
Washington Litigation Group
(202) 521-8750

1717 K Street NW
Washington, DC 20006
kfreeny@washingtonlitigationgroup.org