UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF MINNESOTA, MARY MORIARTY, and DREW EVANS, Plaintiffs,
v.
U.S. DEPARTMENT OF JUSTICE, et al., Defendants.

No. 26-cv-1007 (EGS)

**INDEX OF EXHIBITS TO DECLARATION OF KYLE R. FREENY**

Submitted in Support of Plaintiffs' Motion for Summary Judgment

| Exhibit | Description | Declaration ¶ |
|---|---|---|
| 1 | January 6, 2026 DHS X post re: ICE Acting Director Todd Lyons | 2 |
| 2 | February 28, 2026 Minnesota Star Tribune article concerning ICE arrests of individuals already in jail | 3 |
| 3 | January 23, 2026 Stateline article on footage and documents contradicting DHS accounts | 4 |
| 4 | January 9, 2026 CBS Minnesota article on state investigation of ICE shooting | 5 |
| 5 | January 9, 2026 Mediaite/Yahoo News article on Trump excluding Minnesota officials from ICE shooting investigation | 6 |
| 6 | January 13, 2026 New York Times article on prosecutors resigning over ICE shooting investigation | 9 |
| 7 | January 13, 2026 Associated Press article on DOJ decision not to open civil rights investigation into Minnesota ICE shooting | 10 |
| 8 | January 23, 2026 New York Times article on resignation of FBI agent investigating ICE shooting | 11 |
| 9 | April 6, 2026 New York Times article on video contradicting ICE shooting account | 12 |
| 10 | April 6, 2026 Minnesota Star Tribune article on footage contradicting ICE self-defense claims | 13 |
| 11 | May 29, 2026 North News article on arrest of ICE agent in nonfatal shooting | 14 |
| 12 | January 24, 2026 Guardian article on killing of Alex Pretti | 15 |
| 13 | January 25, 2026 Independent article on Trump response to fatal Minneapolis DHS shooting | 16 |
| 14 | ICE administrative record | 17 |
| 15 | CBP administrative record | 18 |
| 16 | DOJ administrative record | 19 |

# Exhibit 1

Post

Log in Sign up

**Homeland Security**
@DHSgov

"We have the largest immigration operation ever taking place right now. It is a great effort by @ICEgov." - ICE Acting Director Todd Lyons

Under the leadership of @Sec_Noem, DHS law enforcement is surging to Minneapolis to root out fraud, arrest perpetrators and remove criminal illegal aliens.




1:02 PM · Jan 6, 2026 · **85.3K** Views

243 814 4.3K 62

**Joey FAFO** @JoeyFAFO_JK · Jan 6

# Exhibit 2

The Minnesota Star Tribune

NEWS & POLITICS

# ICE surged in Minnesota to arrest criminals. Many of them were already in jail.

An analysis of the Trump administration's "worst of the worst" list shows about half of the immigrants detained were not taken off the streets.

**By Jeff Hargarten and Christopher Magan**
The Minnesota Star Tribune

FEBRUARY 28, 2026 AT 7:00AM



Mugshots of people on the Trump administration's "worst of the worst" list are seen on the ground after President Donald Trump displayed them during a news briefing at the White House on Jan. 20. (Mark Schiefelbein/The Associated Press)

Federal immigration officials inflated the number of dangerous criminals they claimed to have taken off the streets during Operation Metro Surge, a Minnesota Star Tribune

analysis found. In some instances, they also made inaccurate claims about the criminal backgrounds of those on the list.

At the height of the surge, on Jan. 19, Homeland Security Secretary Kristi Noem accused Gov. Tim Walz and Minneapolis Mayor Jacob Frey of failing to protect Minnesotans from immigrants in the country illegally who were "killing Americans, hurting children and reigning terror."

Noem said immigration agents in the Twin Cities were arresting "vicious murderers, rapists, child pedophiles, and incredibly dangerous individuals." She called the surge "a huge victory for public safety."

Yet about half of the people Immigration and Customs Enforcement (ICE) took credit for detaining in Minnesota, who are featured on a Trump administration website titled "worst of the worst," were already in federal, state or county custody or had recently been released.

Of the remainder, just over half were accused or convicted of a violent crime, the analysis found. The most common charges the rest faced were drug crimes, theft and illegal re-entry into the country, a felony. Only a few had outstanding warrants and were actively wanted by police.

To justify sending thousands of agents to Minnesota, officials at the Department of Homeland Security (DHS) have repeatedly pointed to their "worst of the worst" website, which has listed more than 500 arrests in the state. That represents a fraction of the 11,000 people whom federal immigration officials claim were detained in Minnesota since the start of President Donald Trump's second term.

The Star Tribune reviewed the criminal histories of nearly every immigrant detained in Minnesota who has been showcased on the DHS website and those identified in news releases. In several instances, the federal government listed inaccurate criminal histories, duplicated entries and people who have already been freed.

More than a third of those on the worst of the worst site for Minnesota were released from federal, state or county custody before the surge started in December.

"Everyone on this website was arrested under President Trump," a DHS spokesperson said in a statement. "We never claimed everyone on the website or every arrest in Operation Metro Surge was made at large in the community."

Federal officials recently acknowledged to CNN that their website was riddled with errors and inaccuracies. They said "a minor glitch was promptly resolved," but the Star Tribune

found significant errors remain.

The analysis comes as state and federal officials continue to spar over the number of alleged criminals detained during Operation Metro Surge.

Minnesota Department of Corrections Commissioner Paul Schnell recently testified before the U.S. Senate Homeland Security Committee, challenging what he called the administration's "false narrative" that Minnesota harbors criminals in the country illegally.

Schnell said that despite the rhetoric from the administration, state prison officials have always cooperated with ICE, and county sheriffs turn over immigrants who are the subject of judicial warrants. Like other local leaders, Schnell disputed that the immigration crackdown made Minnesota safer.

"They just ran roughshod over the community, and then cried foul when they ended up killing two Minnesotans and creating havoc wherever they turned," Schnell said in an interview. "Then they complained that [local police] were not protecting them. It is absurd."

## Who is on ICE's list

The largest group on the DHS "worst of the worst" website is federal prisoners, most of whom have no ties to Minnesota other than serving time behind bars in the state. More than three-quarters of the prisoners detained by ICE from prisons in Sandstone, Rochester and Waseca committed crimes in other states and were in ICE custody before the surge started on Dec. 1.

### MINNESOTA 'WORST OF THE WORST' BY LOCATION OF ARREST




*Scraped from the DHS "Worst of the Worst" list for Minnesota in February 2026.*

Source: U.S. Department of Homeland Security, Minnesota Department of Corrections, Star Tribune reporting • Jeff Hargarten, The Minnesota Star Tribune

Corrections officials said ICE has also taken credit in news releases for dozens of arrests of people released to federal custody before Trump's first term. In several cases, they were from countries such as Laos, Myanmar and Sierra Leone that did not accept deportees until recently.

About two dozen others were arrested at Fort Snelling Immigration Court.

Dozens more on the ICE list were recently released after serving short sentences in county jails. Access to county corrections facilities has long been a point of contention between federal and local law enforcement.

Border czar Tom Homan said "significant" cooperation from county sheriffs was key to his decision to wind down the immigration enforcement surge. But none of the sheriffs who responded to a survey from the Star Tribune said they had changed their policies.

**MINNESOTA 'WORST OF THE WORST' ICE ARRESTS BY LOCATION**

Federal prisons State prisons Other locations




# Inaccurate criminal histories

About 45% of the immigrants on the worst of the worst list were accused or convicted of violent crimes.

In several instances, ICE data conflated criminal charges with convictions and misdemeanors with felonies. In other instances, the claims were inaccurate.

One case is that of Mariama Sia Kanu, a Brooklyn Park woman from Sierra Leone whom ICE claimed was arrested for vehicular homicide. Neither the Star Tribune nor state corrections officials could verify a homicide conviction in Kanu's past.

State records instead show Kanu was convicted of "criminal vehicular operation" after she caused a car crash while intoxicated, a collision that left the other driver with injured ribs. Federal records show Kanu remains in ICE custody, but it is unclear where she is being held.

**MINNESOTA 'WORST OF THE WORST' BY COUNTRY OF ORIGIN**

Search in table

Page 1 of 6

| COUNTRY | COUNT ▼ |
|---|---|
| Mexico | 204 |
| Laos | 55 |
| Honduras | 39 |
| Somalia | 34 |
| Guatemala | 26 |
| El Salvador | 19 |
| Ecuador | 18 |
| Myanmar (Burma) | 16 |

*Scraped from the DHS "Worst of the Worst" list for Minnesota in February 2026.*

Source: U.S. Department of Homeland Security • Jeff Hargarten, The Minnesota Star Tribune

## Arrests continue

Federal officials say their immigration enforcement operation will continue in Minnesota on a smaller scale. They've provided few details about thousands of detained people who are not highlighted on the DHS website or in news releases.

As the Star Tribune reported in January, nearly everyone on the list has gone through the court system and served time for their crimes. In some instances, the Star Tribune could not find court records for the individuals.

State officials estimate about 100 immigrants wanted by ICE are serving time in Minnesota. County attorneys have asked federal agents to stay away from courthouses so ongoing criminal cases can continue unimpeded.

State and county officials say that ICE's interest in detaining noncitizens being released from custody has ebbed and flowed over the years. Sheriffs have said that immigration agents did not always pick up people who had detainer requests.

Homan says federal agents will now be strategically positioned around the state to quickly retrieve immigrants being released from local jails.

Local law enforcement leaders say the tactics of Operation Metro Surge eroded trust in federal agencies.

"The outcomes, I think, were at some level predictable – when you don't have good command and control, when you don't have good supervision and oversight," Schnell said.

*Tom Nehil of the Minnesota Star Tribune contributed to this story.*

The Minnesota Star Tribune

© 2026 StarTribune.All rights reserved.

# Exhibit 3

Stateline

# Footage, documents at odds with DHS accounts of immigration enforcement incidents

As Trump's crackdown intensifies, people face steep barriers to holding federal agents accountable.

BY **AMANDA WATFORD** - JANUARY 23, 2026 5:00 AM




Federal agents spray demonstrators at close range with irritants after the killing of Renee Good by U.S. Immigration and Customs Enforcement officer Jonathan Ross on Jan. 7, 2026, in Minneapolis. Since July 2025, there have been at least 17 open-fire incidents involving federal immigration agents, according to data compiled by The Trace, a nonprofit and nonpartisan news outlet investigating gun violence. (Photo by Nicole Neri/Minnesota Reformer)

As a growing number of encounters between civilians and Department of Homeland Security agents — including the widely scrutinized fatal shooting of Renee Good in Minneapolis — are scrutinized in court records and on social media, federal officials are returning to a familiar response: self-defense.

In more than a handful of recent encounters, the Department of Homeland Security, which oversees Immigration and Customs Enforcement and Customs and Border Protection, has said its agents acted in self-defense during violent encounters, even as eyewitness testimony and video footage raised questions about whether those accounts fully matched what happened.

And in a ruling for a recent civil lawsuit, a U.S. district judge said federal immigration officials were not forthcoming about enforcement efforts, citing discrepancies between official DHS statements and video evidence.

"We're now in a situation in which official sources in the Trump administration are really tying themselves quite strongly to a particular narrative, regardless of what the widely disseminated videos suggest," said César Cuauhtémoc García Hernández, a law professor at Ohio State University.

The cases come amid an aggressive expansion of federal immigration enforcement and increasing scenes of violent and intimidating arrest tactics. President Donald Trump's administration has sharply increased the hiring of immigration agents, broadened enforcement operations and accelerated deportations, as protests have spread across major cities.

The use of force, paired with conflicting official statements and evidence, has raised questions about whether federal immigration officials can be held accountable and highlighted the steep hurdles victims of excessive force might face in seeking legal recourse.

The Department of Homeland Security and Immigration and Customs Enforcement did not respond to multiple requests from Stateline for comment on discrepancies between official accounts and publicly available evidence.

Since last July, there have been at least 17 open-fire incidents involving federal immigration agents – including fatal shootings, shootings with injuries and cases in which shots were fired – according to data compiled by The Trace, a nonprofit and nonpartisan news outlet investigating gun violence. A recent Wall Street Journal investigation also found 13 incidents since July in which immigration agents fired at or into civilian vehicles.

One of the most prominent examples unfolded in Minneapolis this month: Good's fatal shooting by a masked ICE agent. The Department of Homeland Security initially said the agent, Jonathan Ross, fired in self-defense after Good, 37, allegedly tried to run over officers. Videos taken by bystanders show Good's vehicle reversed, shifted and began to turn away from officers after one yelled and pulled on her car handle. Ross positioned himself near the hood of her car, and he began firing.

Minnesota officials later stated the footage did not support DHS' description of an imminent threat, prompting renewed scrutiny of how the Trump administration is characterizing use-of-force encounters.

Similar discrepancies have surfaced in other cases. The Department of Homeland Security recently revised its account of a December shooting in Glen Burnie, Maryland, after local police contradicted its initial version. DHS first claimed both men injured in the incident were inside a van that ICE officers fired at in self-defense, but later said that one of the injured men had already

been arrested and was in custody inside an ICE vehicle when he was hurt. The other man was shot twice and is facing two federal criminal charges.

In August, federal immigration agents fired at a family's vehicle three times in San Bernardino, California. DHS maintained the shooting was justified after at least two agents were struck by the vehicle, but available footage shows an agent breaking the driver-side window moments before gunfire erupted. Surveillance footage from the street does not show agents being struck by the vehicle.

> Official sources in the Trump administration are really tying themselves quite strongly to a particular narrative.
>
> *– César Cuauhtémoc García Hernández, immigration policy expert*

"I can't think of another time in my lifetime — I'm 50 years old — where we've seen this sort of force in the streets in the United States," said Mark Fleming, the associate director of federal litigation at the National Immigrant Justice Center. Fleming has been an immigration and civil rights attorney for the past 20 years.

García Hernández, the law professor at Ohio State University, echoed Fleming's point, saying that what also stands out is how often agents are deploying less-lethal weapons in ways that would generally be prohibited — including firing rubber pellets and similar projectiles at people's faces or heads.

In its use-of-force policy, DHS agents may use force only when no "reasonably effective, safe, and feasible" alternative exists and only at a level that is "objectively reasonable." DHS policy emphasizes "respect for human life" and directs officers to be proficient in de-escalation tactics — using communication or other techniques to stabilize or reduce the intensity of a potentially violent situation without, or with reduced, physical force. The policy also states that deadly force should not be used solely to prevent the escape of a fleeing suspect.

ICE, as an agency under DHS, is bound by this guidance, but the policy on shooting at moving vehicles differs from what many law enforcement agencies nationwide now consider best practices. While DHS prohibits officers from firing at the operator of a moving vehicle unless it is necessary to stop a serious threat, its rules do not explicitly instruct officers to get out of the way of moving vehicles when possible.

## Use of force

A growing pattern of aggressive tactics and conflicting evidence has raised serious questions about how federal immigration agents use lethal and less-lethal force, and how DHS officials describe the incidents to the public.

In September, 38-year-old Silverio Villegas González was fatally shot during a traffic stop in Franklin Park, a suburb near Chicago. DHS claimed that one agent was "seriously injured" after being dragged by González's car as he tried to flee. But body-camera footage shows the agent telling a Franklin Park police officer that his injury was "nothing major."

In a statement, DHS said the agent responded with lethal force because he was "fearing for his own life" — a narrative very similar to the department's description of the fatal shooting of Good in Minneapolis.

In recent months, DHS officials have claimed that immigration agents have been repeatedly attacked with vehicles.

"We've seen vehicles weaponized over 100 times in the last several months against our law enforcement officers," Homeland Security Secretary Kristi Noem said during an interview with CNN this month.

In court filings related to a civil lawsuit about Operation Midway Blitz in Chicago, the department provided body-camera footage and other internal records to bolster their claims of self-defense.

But U.S. District Judge Sara Ellis found the evidence "difficult, if not impossible to believe." In her lengthy opinion issued in late November, Ellis acknowledged that agents sometimes encountered aggressive drivers but also found that agents treated cars that were merely following them as potential threats.

In October, an ICE agent shot a community observer, Marimar Martinez, five times during a confrontation in Chicago. DHS claimed that she rammed the ICE vehicle with her car and boxed it in, but surveillance footage does not show the agents were trapped.

Martinez survived, but the Trump administration quickly labeled her a "domestic terrorist" — the same label used to describe Good. Martinez's criminal charges were dropped in November after the federal Department of Justice abruptly moved to dismiss the case.

In Ellis' ruling on the civil lawsuit, she wrote that federal officials "cannot simply create their own narrative of what happened, misrepresenting the evidence to justify their actions," and that the violence used by federal agents "shocks the conscience," a legal standard meaning a situation that seems grossly unjust to an observer.

Ellis also explicitly questioned the conduct and leadership of Greg Bovino of U.S. Border Patrol during the Chicago immigration operation. Bovino, who has led the administration's big-city campaign, was deposed under oath, and in her November ruling, Ellis described him as "not

credible," writing that he "appeared evasive over the three days of his deposition, either providing 'cute' responses … or outright lying."

In a footnote, Ellis also noted an instance in which an agent asked ChatGPT to draft a use-of-force report from a single sentence and a few images — further undermining the credibility of official DHS accounts.

## A narrow path to accountability

Holding federal immigration agents accountable for misconduct is difficult, even as video evidence and police or court records increasingly contradict official government accounts.

With more evidence surfacing and legal claims already underway, some experts say it's likely that even more lawsuits will emerge this year.

"We should expect to see more examples, more instances in which cellphone video is used to bolster legal claims against DHS, ICE, Border Patrol and specific officers as well," said García Hernández, of Ohio State University.

Federal officers are shielded by legal doctrines such as qualified immunity and U.S. Supreme Court rulings that restrict when people can sue federal officials for constitutional violations. In recent years, the courts have narrowed the circumstances under which individuals can bring claims for excessive force or wrongful death.

Suing individual federal immigration agents is nearly impossible.

People can, however, pursue claims against the federal government under the Federal Tort Claims Act if a government employee causes financial or bodily harm. These cases, which can include claims for wrongful death, face significant hurdles: no punitive damages, no jury trials, state-specific caps on compensation and protections for discretionary government decisions.

Internal DHS investigations can lead to discipline or policy changes, but their findings may not be made public.

Several state lawmakers in California, Colorado, Georgia, New York and Oregon are pursuing measures that would allow residents to sue federal immigration agents for constitutional violations. Illinois has a similar law already in place, but this pathway remains largely untested, and experts say it faces significant legal and logistical hurdles.

*Stateline reporter Amanda Watford can be reached at ahernandez@stateline.org.*

# Exhibit 4

Start Do





**Local leaders announce independent investigation into fatal ICE shooting after FBI freezes out BCA**
(02:37)

Twin Cities News

# Minnesota AG, Hennepin Co. vow to still collect evidence in ICE shooting after state authorities shut out of federal investigation

By Caroline Cummings

Updated on: January 9, 2026 / 6:38 PM CST / CBS Minnesota

Add CBS News on Google

The Minnesota Attorney General and Hennepin County Attorney's offices announced a joint effort on Friday to gather their own evidence related to the fatal shooting of a woman by a U.S. Immigration and Customs Enforcement officer in Minneapolis, after state authorities said they were blocked from participating in the investigation.

Mary Moriarty, the Hennepin County attorney, said her office is launching a portal for witnesses to share any videos or information related to the shooting of 37-year-old Renee Nicole Good, which will be shared with the Minnesota Bureau of Criminal Apprehension.

That investigative agency is no longer accessing evidence from the scene, which is solely being handled by the FBI.

Watch CBS News

"We still know there is evidence out there and we want to make sure it gets gathered and collected and we'll deal with those other matters of joint versus exclusive later," said Attorney General Keith Ellison. "For now, we want to make sure the evidence that may be out there in the public lands is where it should be."

The decision to exclude state authorities from the federal investigation is drawing criticism from Gov. Tim Walz, U.S. Sens. Amy Klobuchar and Tina Smith, and other local officials.

"Our efforts in advocating for a joint investigation is not an attack on the FBI. We have had a strong working relationship with the local FBI field office throughout my administration," Moriarty said. "Based on previous experience with FBI processes, we are concerned that the evidence obtained in an investigation that has only been conducted at the federal level will not be shared with our office for review."

U.S. Department of Homeland Security Secretary Krisi Noem on Thursday reiterated her defense of the officer who shot Good, saying he followed his training protocol. The day before, she said Good's actions were "an act of domestic terrorism."

Ad 00:12

Noem, during the Thursday news conference, rejected the notion that Minnesota had been shut out of the investigation.

"They have not been cut out," Noem said. "They don't have any jurisdiction in this investigation."

Moriarty said in the past, when an FBI investigation is not a joint collaboration, local officials would only see a "high level overview" of that information, but not the entire investigation, nor would they talk about the findings publicly.

Among the evidence in the FBI's possession is Good's vehicle, the shell casing from the bullet, and witness interviews, she noted.




"While I respect the FBI's process, our community's expectations are much different in terms of transparency. The community — this community — expects to understand what the evidence is and the justification for any decision that might be made. To that end I cannot overstate the importance of a local investigation, or at least access to that investigation by the BCA," she added.

Moriarty told reporters she has no preconceived opinion on what the evidence will show and said it's unclear if there will be sufficient evidence without the FBI case file to even make any potential charging decision in the case.

Klobuchar and Smith, in a letter to U.S. Attorney General Pam Bondi Friday, asked that she reconsider and allow collaboration with local officials, noting the work federal and state partners did together in the wake of the assassination of House Speaker Emerita Melissa Hortman and her husband Mark in June and the Annunciation Catholic Church shooting in August.

Watch CBS News

"The law is clear: We do have jurisdiction to make this decision that happened in this case where her life was taken in Hennepin County. It does not matter that it was a federal law enforcement agent," Moriarty said.

She ended the news conference saying that she "can't speak to why the Trump administration is doing what it's doing or says what it says, but I can say that the ICE officer does not have complete immunity here."

Legal analyst and Minnesota-based defense attorney Joe Tamburino said that it's not unusual for the FBI to run the investigation in cases like this.

"There was no doubt from the beginning that the first investigative agency would be the FBI. It's just that on some occasions the FBI will allow state agencies to take second share. And that's what we thought would happen at the beginning of this. However, it's within the federal government's authority to legally say we're just doing this investigation," he said.

The situation, as it stands now, makes it "virtually impossible" for the state to bring a case, Tamburino agreed, but he also said that no agency, at this stage of the investigation, "should be commenting on this saying, 'I know what happened.'" He said that whenever federal, local or state authorities comment on what happened, that has the potential to "taint" the investigation.

Asked whether he believed the FBI should be sharing evidence with state investigators in this case, President Trump on Friday said, without offering further evidence, "Well, normally I would, but they're crooked officials. Minneapolis and Minnesota are being destroyed." He went on to say, "I feel that I won Minnesota all

Watch CBS News

three times." Mr. Trump did not win Minnesota's electoral votes in the 2016, 2020 or 2024 presidential elections.

Eric Henderson contributed to this report.

**More from CBS News**

CBS DETROIT
Romulus site previously considered for ICE detention center now listed for sale



CBS ATLANTA
ICE wants to sell Oakwood warehouses after detention plan stalls



CBS MINNESOTA
Police investigate possible shooting in Minneapolis' Como neighborhood



CBS MINNESOTA
Twin Cities law enforcement leaders call for unified gang task force amid spate of gun crimes



In: **U.S. Immigration and Customs Enforcement** **Hennepin County** **Minneapolis**

© 2026 CBS Broadcasting Inc. All Rights Reserved.

**MDs Say Cognitive Decline Begins When Seniors Often Say These 3 Phrases – See Which Ones**

PAID BRAIN TIPS

**These 3 Common Phrases May Be The First Sign Of Cognitive Decline – Do You Say Them?**

PAID BRAIN TIPS

**Man Who Predicted the Election Reveals His New Midterm Forecast**

PAID DAILY STOCK TRADERS

Watch CBS News

## The Ultra-Soft Sweatshirt Loved by Thousands of Men

When in Doubt, Wear the Comfortable Sweater

PAID HARROOM

## Men Over 50 Are Rethinking Their Nightly Routine

See what men over 40 are switching to.

PAID HARD CHEWS NOW

## Ultra-Soft Cashmere Sweatshirt Loved by Thousands of Men

The Sweatshirt that looks effortlessly cool and feels unbelievably soft — no wonder it's becoming every man's favorite.

PAID HUDSON & CLARKE

## Blood Pressure Rising? Japan's Cardiologists Blame This 1 Food In 9 Out Of 10 Homes (Not Salt).

PAID FLUSH PRILL

## It's Not Salt: Japan's Doctors Found the #1 Trigger of High Blood Pressure After 55

PAID FLUSH PRILL




## Ultra-Comfortable Cargo Pants Loved by Thousands of Men

PAID HARROOM

## Halloween Lovers Are Obsessed With This 3D Rug

PAID TRENDING

Watch CBS News

## Experts Reveal: The N.1 Condiment to Skip If You Want to Stay Sharp

PAID LIFE GUIDE

## Memory Decline Begins When Seniors Say These 3 Phrases (See The List)

PAID IS YOUR MEMORY DECLINING?

## The Condiment That's Essentially "Senior Moments" In Every Spoonful

PAID PROUD JOURNEY

## Geologists Stunned by What's Buried in Utah

A geological find beneath the Utah desert could trigger the next major investment opportunity for those who act now.

PAID STOCK MARKET JUNKIE

## Chronic tinnitus has been associated with a common practice

PAID EAR.HEALTH | NEWS

## Seniors with Hearing Aids Are Switching To This Device

This New Type Of Hearing Aid Is Currently Changing The Way Americans Are Buying Hearing Aids. Without a Prescription or Costly Audiologist Visits.

PAID HEARING LOSS INFORMATION

## The #1 Enemy of High Blood Pressure - Read Before It's Deleted

PAID US RESEARCH CENTER

## Chronic Ringing Has Been Linked to a Daily Routine

PAID EAR.HEALTH | NEWS

## Docs: Memory Decline Begins When Seniors Say These 3 Phrases (See The List)

PAID SHARP MIND AT 70

## Finally, a Cashmere Sweater That's Comfortable Enough for All Day

A soft feel, classic stand collar and easy-to-match style make this a favorite for cooler days.

Watch CBS News

## Timeless Suede Jacket Loved by Thousands of Men

Soft suede texture, a classic lapel collar and timeless style make this jacket an easy choice for everyday wear.

PAID THEARTISANWALK

## Creatine Isn't The Only Game in Town - Try This to Boost Your Performance

PAID MEN'S FIELD REPORT

## Seniors Replace Hearing Aids With This New Device

This New Type Of Hearing Aid Is Currently Changing The Way Americans Are Buying Hearing Aids. Without a Prescription or Costly Audiologist Visits.

PAID HEARING LOSS INFORMATION

## Costco Shoppers Are Going Nuts For These Hearing Aids

People over 55 are quietly switching to this hearing aid — here's why

PAID ORICLE HEARING

## This Daily Chew Has Men Over 40 Talking

See what men over 40 are switching to.

PAID HARD CHEWS NOW

## The Heartbreaking Story Behind America's Favorite Japanese Blade

PAID SAKURA KNIVES

**Featured**

Political News

Iran War Latest

NFL Scores

College Football Rankings

**Follow Us On**

YouTube

Facebook

Instagram

TikTok

**Watch CBS News**

X

**CBS News Minnesota**

Meet the Team

Program Guide

Contact Us

Advertise With Us

Terms & Conditions

Sitemap

**Regulation**

Public File for WCCO-TV

Public Inspection File Help

FCC Applications

EEO Report

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

Minors' Privacy Policy

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman

Watch CBS News

© 2026 CBS Broadcasting Inc. All Rights Reserved.

# Exhibit 5

yahoo!news Sign in

Search the web

Top Stories: Christa Pike regains consciousness | Tropical Storm Isaias tracker | Fake online Jane Does

MEDIAITE Follow

# Trump Says He's Freezing Minnesota Officials Out of ICE Shooting Probe Because Tim Walz Is 'A Stupid Person'

Willa Pope Robbins
Fri, January 9, 2026 at 6:06 PM EST · 2 min read

Add Yahoo on Google 1.6k




**Key takeaways**

- The Minnesota Bureau of Criminal Apprehension withdrew from the investigation after the FBI denied them access to evidence, prompting Trump to claim that the state gove See more

President **Donald Trump** said that he supported the unusual decision to block state officials from taking part in the investigation into the fatal shooting by an

ICE officer because Minnesota Gov. **Tim Walz** (D) is "a stupid person."

During his meeting with top U.S. oil executives on Friday, the president was asked about the ongoing investigation surrounding the ICE agent who shot and killed Minneapolis mother **Renee Good** on Wednesday. The Minnesota Bureau of Criminal Apprehension (BCA) said on Thursday that it was withdrawing from the investigation after the FBI blocked its access to evidence.

"The state officials there have said the FBI's not sharing evidence with them. Typically, they would conduct a joint investigation, as you know. Do you believe the FBI should be sharing evidence with state officials in Minnesota?" a reporter asked Trump.

ADVERTISEMENT

Trump claimed he supported the investigation being conducted solely by federal officials because Minnesota's state government was corrupt, citing the recent allegations of fraud in Minnesota brought in part by influencer **Nick Shirley's** viral video about some daycare centers in the state.

"Normally, I wouldn't, but they are crooked officials," said the president. "Minneapolis and Minnesota, what a beautiful place, but it's being destroyed. It has got an incompetent governor. Fool, I mean, he's a stupid person."

He continued:

> *It looks like the number could be $19 billion stolen from a lot of people. But largely people from Somalia. They buy their votes, they vote in a group. They sell more Mercedes-Benz is in that area than almost — can you imagine you come over with no money and shortly thereafter you are driving a Mercedes-Benz? The whole thing is ridiculous. They are very corrupt people. It is a very corrupt state […] But I won the state of Minnesota. It's a corrupt voting system with an incompetent governor, a very incompetent governor. And by the way, he's a very corrupt governor, too.*

Walz, who announced on Monday that he was officially dropping out of the gubernatorial race, denounced the FBI for blocking state investigators from

Case 1:26-cv-01007-ECS Document 27-7 Filed 10/13/26 Page 32 of 88

access to evidence in the shooting on Thursday.

ADVERTISEMENT

"Minnesota must be part of this investigation," Walz declared at a press conference in St. Paul, Minnesota.

Vice President **JD Vance** was asked about the decision to cut out state officials during Thursday's White House press conference.

"The precedent is very simple: You have a federal law enforcement official engaging in federal law enforcement action — that's a federal issue," said Vance. "He is protected by absolute immunity. He was doing his job."

*Watch above via C-SPAN.*

The post Trump Says He's Freezing Minnesota Officials Out of ICE Shooting Probe Because Tim Walz Is 'A Stupid Person' first appeared on Mediaite.

**View comments (1.6k)**

# Exhibit 6

# *Six Prosecutors Quit Over Push to Investigate ICE Shooting Victim's Widow*

Joseph H. Thompson, a career federal prosecutor who was the acting U.S. attorney for Minnesota last year, was among those who resigned as the Justice Department sought to examine the woman's supposed ties to activist groups.

Listen · 9:36 min



**By Ernesto Londoño**

Published Jan. 13, 2026 Updated Jan. 15, 2026

See more of our coverage in your search results.

**Add The New York Times on Google ↗**

Six federal prosecutors in Minnesota resigned on Tuesday over the Justice Department's push to investigate the widow of a woman killed by an ICE agent and the department's reluctance to investigate the shooter, according to people with knowledge of their decision.

Joseph H. Thompson, who was second in command at the U.S. attorney's office and oversaw a sprawling fraud investigation that has roiled Minnesota's political landscape, was among those who quit on Tuesday, according to three people with knowledge of the decision.

Mr. Thompson's resignation came after senior Justice Department officials pressed for a criminal investigation into the actions of the widow of Renee Good, the Minneapolis woman killed by an ICE agent on Wednesday.

Mr. Thompson, 47, a career prosecutor, objected to that approach, as well as to the Justice Department's refusal to include state officials in investigating whether the shooting itself was lawful, the people familiar with his decision said.

The Minneapolis police chief, Brian O'Hara, said in an interview that Mr. Thompson's resignation dealt a major blow to efforts to root out rampant theft from state agencies. The fraud cases, which involve schemes to cheat safety net programs, were the chief reason the Trump administration cited for its immigration crackdown in the state. The vast majority of defendants charged in the cases are American citizens of Somali origin.

"When you lose the leader responsible for making the fraud cases, it tells you this isn't really about prosecuting fraud," Mr. O'Hara said.

The other senior career prosecutors who resigned include Harry Jacobs, Melinda Williams and Thomas Calhoun-Lopez. Mr. Jacobs had been Mr. Thompson's deputy overseeing the fraud investigation, which began in 2022. Mr. Calhoun-Lopez was the chief of the violent and major crimes unit.

Mr. Thompson, Mr. Jacobs, Ms. Williams and Mr. Calhoun-Lopez declined to discuss the reasons they resigned. The Justice Department did not immediately respond to a request for comment.

Tuesday's resignations followed tumultuous days at the U.S. attorney's office in Minnesota as prosecutors there and in Washington struggled to manage the outrage over Ms. Good's killing, which set off angry protests in Minnesota and across the nation.

After Ms. Good was shot, Harmeet Dhillon, head of the Justice Department's Civil Rights Division, told her staff that she would not consider opening an investigation into whether the agent had violated federal law, according to three current and former department officials who asked for anonymity because they were not authorized to speak about the situation. At least four prosecutors who had already intended to quit or retire signaled they would accelerate their departures, those officials said.

Todd Blanche, the deputy attorney general, said in a statement that "there is currently no basis for a criminal civil rights investigation" into the ICE agent.

Instead, the Justice Department launched an investigation to examine ties between Ms. Good and her wife, Becca, and several groups that have been monitoring and protesting the conduct of immigration agents in recent weeks. Shortly after Wednesday's fatal shooting, Kristi Noem, the secretary of homeland security, referred to Ms. Good as a "domestic terrorist."

A makeshift memorial for Ms. Good has grown on the street where she was shot and killed in Minneapolis. David Guttenfelder/The New York Times

Becca Good said in a statement last week that she and her wife had "stopped to support our neighbors" when they got into a tense confrontation with ICE agents that led to the shooting. "We had whistles," Becca Good wrote. "They had guns."

Mr. Thompson strenuously objected to the decision not to investigate the shooting as a civil rights matter, and was outraged by the demand to launch a criminal investigation into Becca Good, according to the people familiar with the developments, who were not authorized to discuss them publicly.

Mr. Thompson had originally set out to investigate the shooting in partnership with the Minnesota Bureau of Criminal Apprehension, a state agency that reviews police shootings. Senior Justice Department officials overruled the decision to cooperate with the state agency.

Drew Evans, the superintendent of the bureau, called Mr. Thompson's departure a major setback for the effort to root out fraud in the state and for public safety.

"We're losing a true public servant," said Mr. Evans. "We really need professional prosecutors."

The absence of a credible and comprehensive investigation into Ms. Good's killing stands to "undermine trust in our public safety agencies," Mr. Evans added.

Mr. Thompson's departure came during the chaotic immigration crackdown in Minnesota, which has angered many residents and left officials bracing for an escalation of violence.

Begun in December with the deployment of roughly 100 federal agents from out of state, the operation has swelled to include some 2,000 federal agents. By comparison, the Minneapolis Police Department has roughly 600 officers.

Local leaders and immigrant rights groups have decried the agents' conduct, saying that they have been stopping people based only on looks and accents. Often, these stops have led to the violent arrest of both immigrants and American citizens, according to local officials and observers who have recorded mayhem using cell phones.

On Monday, Minnesota's attorney general and the mayors of Minneapolis and St. Paul filed a lawsuit in federal court demanding an end to the crackdown, asserting that it had led to numerous abuses and civil rights violations.

The Minneapolis police chief, Mr. O'Hara, told The New York Times in an interview that the operation could lead to more deaths and the kind of widespread civil unrest that followed the 2020 murder of George Floyd by a Minneapolis police officer.

The Trump administration has cited the fraud investigation that Mr. Thompson led to justify the surge of agents, which federal officials have called the largest immigration enforcement operation in history.

Most of the defendants charged to date are of Somali ancestry, but are American citizens by birth or naturalization.

President Trump and several top aides have seized on the matter to argue that Somalis are swindling the nation. Mr. Trump has called Somalis "garbage," and he said his administration was considering denaturalizing some, because, he says, "they hate our country."

Mr. Thompson grew frustrated in recent weeks as the immigration surge became a distraction for the office's work on fraud, undermining the goal the administration said it was trying to pursue, according to people familiar with his thinking.

The fraud cases — which involve plots to bill state agencies for safety net services that were never provided — have cost taxpayers several billion dollars, according to Mr. Thompson.

After new facets of the investigation came to light this fall, the scandal became a major crisis for Gov. Tim Walz of Minnesota, who has struggled to explain why so much money was stolen on his watch.

Mr. Walz, a Democrat who had been hoping to win a third term in November, sought for months to weather the scandal by strengthening safeguards.

Demonstrators, including Gov. Tim Walz, at center in plaid, at a vigil for Ms. Good at the State Capitol in Saint Paul. David Guttenfelder/The New York Times

But this month, facing threats and investigations from federal agencies, the governor suspended his campaign. Mr. Walz said he concluded that the work of rooting out fraud demanded his entire attention during the final year of his term, which will end shortly after the end of this year.

Mr. Walz lamented Mr. Thompson's resignation on Tuesday, calling him "a principled public servant who spent more than a decade achieving justice for Minnesotans." He added: "It's also the latest sign Trump is pushing nonpartisan career professionals out of the justice department, replacing them with his sycophants."

Mr. Thompson's departure is a major blow to the effort. A self-described workaholic, he has encyclopedic knowledge of dozens of investigations involving a complex web of defendants and transactions.

More than 90 people have been charged since 2022 and at least 60 have been convicted of defrauding programs meant to feed children during the pandemic, aid people at risk of homelessness and treat minors with autism.

As the scandal drew national attention, Mr. Thompson became a high profile figure, earning praise from elected officials across the political spectrum. Several urged him to run for office, something Mr. Thompson — who refuses to discuss his political preferences — has said he has ruled out.

Mr. Thompson, a Stanford-trained lawyer who was born and raised in Minnesota, joined the Justice Department nearly 17 years ago. Before joining the U.S. attorney's office in Minnesota, he worked in Chicago between 2009 and 2014 prosecuting street gangs, drug cartels, public corruption and domestic terrorism cases.

In 2023, he was assigned to the team that investigated former President Joseph R. Biden for keeping classified documents in his residence and office after his term as vice president ended. That team chose not to criminally charge Mr. Biden, having concluded that his cognitive decline would likely stand in the way of a successful prosecution.

Mr. Thompson was acting U.S. attorney in Minnesota for several months starting in early June, and oversaw cases that included the prosecution of the man accused of assassinating Melissa Hortman, the former speaker of the state House of Representatives.

Glenn Thrush and Devlin Barrett contributed reporting.

**Ernesto Londoño** is a Times reporter based in Minnesota, covering news in the Midwest and drug use and counternarcotics policy.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Six Prosecutors Quit as a Widow Faces an Inquiry

# Exhibit 7

POLITICS

# Justice Department sees no basis for civil rights probe in Minnesota ICE shooting, official says




Days of demonstrations against immigration agents and a new lawsuit have left Minnesota tense. On Tuesday, protesters faced off against ICE agents just one block from where a woman was fatally shot last week. (AP video shot: Mark Vancleave/Production: Vanessa A. Alvarez)

Read More

BY ALANNA DURKIN RICHER AND ERIC TUCKER

Updated 7:56 PM EDT, January 13, 2026

WASHINGTON (AP) — The Justice Department does not believe there is currently any basis to open a criminal civil rights investigation into the killing of a woman by a U.S. Immigration and Customs Enforcement officer in Minneapolis, a top department official said Tuesday.

The decision to keep the Justice Department's Civil Rights Division out of the investigation into the fatal shooting of Renee Good marks a sharp departure from past administrations, which have moved quickly to probe shootings of civilians by law enforcement officials for potential civil rights offenses.

While an FBI probe is ongoing, lawyers in the Civil Rights Division were informed last week that they would not play a role in the investigation at this time, according to two people familiar with the matter who spoke on the condition of anonymity to discuss internal department deliberations.



Protesters demonstrate against Immigration and Customs Enforcement (ICE) after Renee Good, who was fatally shot by an ICE officer last week, Monday, Jan. 12, 2026, in Minneapolis. (AP Photo/Jen Golbeck) License this photo Read More

And on Tuesday, Deputy Attorney General Todd Blanche said in a statement that "there is currently no basis for a criminal civil rights investigation." The statement, first reported by CNN, did not elaborate on how the department had reached a conclusion that no investigation was warranted.

Federal officials have said that the officer acted in self-defense and that the driver of the Honda was engaging in "an act of domestic terrorism" when she pulled forward toward him.

The quick pronouncement by administration officials before any meaningful investigation could be completed has raised concerns about the federal government's determination to conduct a thorough review of the chain of events precipitating the shooting. Minnesota officials have also raised alarm after federal officials blocked state investigators from accessing evidence and declared that Minnesota has no jurisdiction to investigate the killing.

Also this week, roughly half a dozen federal prosecutors in Minnesota resigned and several supervisors in the criminal section of the Civil Rights Division in Washington gave notice of their departures amid turmoil over the federal probe, according to people familiar with the matter.

Among the departures in Minnesota is First Assistant U.S. Attorney Joseph Thompson, who had been leading the sprawling investigation and prosecution of fraud schemes in the state, two other people said. At least four other prosecutors in the Minnesota U.S. attorney's office joined Thompson in resigning amid a period of tension in the office, the people said. The people spoke on the condition of anonymity to discuss personnel matters.

**Sign up for the Ground Game Newsletter:** Your guide to the biggest stories in politics, policy and U.S. elections.

Email address

Sign up

By checking this box, you agree to AP's Terms of Use and acknowledge that AP may collect and use your data pursuant to our Privacy Policy.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



Assistant U.S. Attorney Joseph Thompson, center, answers questions during a news conference at the Minneapolis federal courthouse on March 19, 2025, in Minneapolis. (Kerem Yücel/Minnesota Public Radio via AP, file) License this photo Read More

They are the latest in an exodus of career Justice Department attorneys who have resigned or been forced out over concerns over political pressure or shifting priorities under the Trump administration. Hundreds of Justice Department lawyers have been fired or have left voluntarily over the last year.

Minnesota Democratic lawmakers criticized the departures, with Sen. Amy Klobuchar, a member of the Senate Judiciary Committee, calling the resignations "a loss for our state and for public safety" and warning that prosecutions should not be driven by politics. Gov. Tim Walz said the departures raised concerns about political pressure on career Justice Department officials.

The resignations of the lawyers in the Civil Rights Division's criminal section, including its chief, were announced to staff on Monday, days after lawyers were told the section would not be involved in the probe. The Justice Department on Tuesday said those prosecutors had requested to participate in an early retirement program "well before the events in Minnesota," and added that "any suggestion to the contrary is false."

Founded nearly 70 years ago, the Civil Rights Division has a long history of investigating shootings by law enforcement even though prosecutors typically need to clear a high bar to mount a criminal prosecution.

In prior administrations, the division has moved quickly to open and publicly announce such investigations, not only to reflect federal jurisdiction over potential civil rights violations but also in hopes of soothing community angst that sometimes accompanies shootings involving law enforcement.

"The level of grief, tension and anxiety on the ground in Minnesota is not surprising," said Kristen Clarke, who led the Civil Rights Division under the Biden administration. "And historically the federal government has played an important role by being a neutral and impartial agency committing its resources to conducting a full and fair investigation, and the public loses out when that doesn't happen," she said.

In Minneapolis, for instance, the Justice Department during the first Trump administration opened a civil rights investigation into the 2020 death of George Floyd at the hands of city police officers that resulted in criminal charges. The Minneapolis Police Department was separately scrutinized by the Biden administration for potential systemic civil rights violations through what's known as a "pattern or practice" investigation, a type of police reform inquiry that is out of favor in the current Trump administration Justice Department.


**ALANNA DURKIN RICHER**
Richer covers the Justice Department and federal courts. She joined The AP in 2013 and is based in Washington.


**ERIC TUCKER**
Tucker covers national security in Washington for The Associated Press, with a focus on the FBI and Justice Department.

# Exhibit 8

# *F.B.I. Agent Who Tried to Investigate ICE Officer in Shooting Resigns*

The resignation of the agent, Tracee Mergen, was only the latest shock wave to have emerged from the Justice Department's handling of the shooting of Renee Good.

Listen · 3:27 min




**By Alan Feuer and Glenn Thrush**

Jan. 23, 2026

See more of our coverage in your search results.

**Add The New York Times on Google ↗**

An F.B.I. agent who sought to investigate the federal immigration officer who fatally shot a 37-year-old woman in Minneapolis this month has resigned from the bureau, according to two people familiar with the matter.

The agent, Tracee Mergen, left her job as a supervisor in the F.B.I.'s Minneapolis field office after bureau leadership in Washington pressured her to discontinue a civil rights inquiry into the immigration officer, Jonathan Ross, according to one of the people. Such inquiries are a common investigative step in similar shootings.

Ms. Mergen's resignation was only the latest shock wave to have emerged from the Justice Department's handling of the shooting of Renee Good, an unarmed mother who was killed on Jan. 7 as she was behind the wheel of her Honda Pilot.

After the incident, several Trump administration officials described Ms. Good as a "domestic terrorist," accusing her of trying to ram Mr. Ross with her vehicle. But a video analysis by The New York Times showed no indication that he had been run over.

Senior Justice Department officials have repeatedly said there are no plans to follow the path normally taken in such situations and pursue an investigation into whether Mr. Ross, who fired multiple shots at Ms. Good, had used excessive force.

Federal investigators have also refused to cooperate with state and local prosecutors in Minnesota, complicating any efforts they might take to open their own investigations into Mr. Ross.

Instead of allowing Ms. Mergen to work with the U.S. attorney's office in Minneapolis to investigate Mr. Ross, the Justice Department has decided to investigate Ms. Good and her partner, Becca Good, scrutinizing their possible ties to left-wing protest groups in Minneapolis. That decision prompted at least six senior prosecutors in the office to resign in protest.

Cindy Burnham, a spokeswoman for the F.B.I. office in Minneapolis, declined to comment on Ms. Mergen's resignation.

In a separate move, the Justice Department has opened an investigation into several elected Democrats in Minnesota in an effort to determine whether they may have conspired to impede the Trump administration's immigration enforcement actions in the state. As part of that inquiry, the department issued subpoenas this week to the offices of Gov. Tim Walz, Mayor Jacob Frey of Minneapolis and Mayor Kaohly Her of St. Paul, among others.

Moreover, the Justice Department has started cracking down on protesters who have opposed the Trump administration's aggressive immigration enforcement push in Minnesota.

On Thursday, prosecutors filed conspiracy charges against three people who were involved in interrupting a church service in St. Paul to protest a pastor's apparent work as an Immigration and Customs Enforcement official. According to a criminal

complaint, the three defendants — Nekima Levy-Armstrong, Chauntyll Louisa Allen and William Kelly — "intimidated, harassed, oppressed and terrorized the parishioners."

On Friday, a pair of federal judges who are overseeing the case denied requests by prosecutors to keep the three in custody as they await trial.

Ernesto Londoño contributed reporting.

**Alan Feuer** covers extremism and political violence for The Times, focusing on the criminal cases involving the Jan. 6 attack on the Capitol and against former President Donald J. Trump.

**Glenn Thrush** covers the Department of Justice for The Times and has also written about gun violence, civil rights and conditions in the country's jails and prisons.

---

A version of this article appears in print on , Section A, Page 16 of the New York edition with the headline: F.B.I. Agent Who Pursued ICE Officer Inquiry Resigns

# Exhibit 9





# *Newly Obtained Video of Minneapolis Shooting Undermines ICE Account*

Prosecutors did not watch video of the shooting until weeks after charging the wounded man, an official said.

**By Ernesto Londoño, Mitch Smith, Haley Willis and Robin Stein**

April 6, 2026

Almost immediately after an immigration agent shot and wounded a Venezuelan immigrant in Minneapolis this winter, the federal government cast the injured man as an attempted murderer and the agent as the victim of a brutal beating.

That version of events began unraveling when prosecutors dropped felony charges against the injured man, Julio C. Sosa-Celis, and one of his housemates, Alfredo A. Aljorna, who had fled from immigration agents.

Yet video footage of the shooting, newly obtained by The New York Times, raises questions about why it took weeks for the government's case to fall apart.

The video contradicts the agent's claim that three assailants had beaten him with a shovel and broom for roughly three minutes before he opened fire. Instead, the confrontation depicted in the video lasts about 12 seconds and shows two men struggling with the agent. It shows no sustained attack with a shovel.

The federal government had access to that video within hours of the shooting on Jan. 14, the Minneapolis police chief said. Yet prosecutors did not watch the footage, an official said, until nearly three weeks after they filed charges against

the two men.

“Bare due diligence would have shown that the agents were lying,” Mayor Jacob Frey of Minneapolis said in a recent interview, shortly after he watched the video for the first time.

The shooting was a rare instance in which U.S. Immigration and Customs Enforcement under the Trump administration ultimately acknowledged a serious lapse. The agency’s acting director, Todd Lyons, said after the charges were dropped that two agents had appeared to have lied under oath about the events, adding that they had been placed on leave and could end up facing criminal charges.

The Department of Homeland Security did not answer written questions about the video, including whether it reviewed the footage before describing the incident publicly. The video, which The Times obtained after filing an open records request, was recorded on a city-owned camera at a nearby intersection.

The shooting of Mr. Sosa-Celis came during the height of the Trump administration’s deployment of thousands of immigration agents to Minnesota.

From December to February, those agents made thousands of arrests, clashed with residents, shot three people and engaged in conduct that alarmed federal judges. The administration said the crackdown was necessary in part because of policies that limit state and local cooperation with immigration enforcement.

In the hours after Mr. Sosa-Celis was shot, protesters responded with fury. Some ransacked the vehicles of federal agents and threw fireworks at officers. The scene became so tense that investigators left before they had finished collecting evidence.

Still, Mr. Sosa-Celis’s case received far less attention than the two other shootings, which left American citizens dead at the hands of federal agents. In those killings, of Renee Good on Jan. 7 and Alex Pretti on Jan. 24, video footage also undermined the federal government’s version of events.

## ‘They Are Coming’



From left, Indriany Mendoza-Camacho, Julio C. Sosa-Celis, Valentina Tiapa and Alfredo A. Aljorna in their kitchen in Minneapolis. Jenn Ackerman for The New York Times

Valentina Tiapa told a 911 dispatcher that her partner, Mr. Aljorna, was being chased on Interstate 94 by ICE. He had called and said he was trying to make it home.

“They are coming,” Ms. Tiapa told a dispatcher through an interpreter, as she pleaded for the Minneapolis police to intervene. “They are just five minutes away.”

For weeks, as ICE agents swarmed Minnesota, two Venezuelan couples had hunkered down inside a duplex with faded white paint on the North Side of Minneapolis. They kept the blinds drawn, rarely venturing outside in daylight.

The couples, Mr. Aljorna and Ms. Tiapa, and Mr. Sosa-Celis and Indriany Mendoza-Camacho, did not have legal status in the United States.

“I kept thinking, ‘What if they catch us?’” Mr. Sosa-Celis said.

But the $950 rent payment for their shared two-bedroom unit was still due each month, and there was no end in sight to the ICE deployment. So Mr. Aljorna, 26, and Mr. Sosa-Celis, 25, kept going out in the evenings, when it seemed safer, to work as food delivery drivers.

The two men had grown up in the same small town in Venezuela, where they were acquaintances. They came to the United States separately during the Biden administration and made their way to Minnesota.

In Minneapolis, the two men reconnected and started dating their partners. Ms. Tiapa and Ms. Mendoza-Camacho, both 19, were also from Venezuela and said they had crossed the border as minors during the Biden years. Ms. Mendoza-Camacho came to the United States with an infant from a prior relationship. Ms. Tiapa gave birth to a boy in the United States in the summer of 2024.

It was a modest existence, bouncing between jobs and struggling to pay debts. Yet it was an improvement, they said, over what they had fled. When Mr. Aljorna and Mr. Sosa-Celis were granted temporary protected status in 2024, they found a measure of stability with the ability to work legally.

But Mr. Trump’s administration revoked that status for Venezuelans last year, and the couples’ future in the United States felt more tenuous once again.

“Trump had said he was going to launch the biggest deportation crackdown in history, and we were left thinking we needed to hide,” Mr. Sosa-Celis said.

Around dinnertime on Jan. 14, two ICE agents were checking license plate numbers when they ran the tag on the Ford Focus that Mr. Aljorna was driving. The agents found that it was registered to another man, who they believed was in the country illegally.

The agents described being led on a chase for 15 to 20 minutes, saying that Mr. Aljorna "recklessly zigzagged through traffic." Inside the Ford, Mr. Aljorna had called Ms. Tiapa, telling her that the agents appeared to be trying to provoke a collision.

Minutes later, Mr. Aljorna steered the Ford into a snowbank at the end of the block and took off running toward the duplex, the video obtained by The Times shows.

Mr. Sosa-Celis, who had been standing outside the home holding a snow shovel, tossed the shovel aside, the video shows. An ICE agent is seen chasing Mr. Aljorna on foot.

The video was taken from about half a block away from Mr. Aljorna's duplex, and it shows a view of the street. That video footage, filmed by a city security camera mounted on a traffic signal pole, was recorded shortly before 7 p.m. Some of what it shows is hard to make out.

Mr. Aljorna was a few feet from his front door, the video shows, when he slipped and fell, giving the agent time to catch up with him.

After Mr. Aljorna landed on the ground, a struggle took place near his front porch. The silhouettes of all three men can be seen in the scrum, though it is difficult to discern exactly what each of them did.

The struggle lasted for about 12 seconds, the footage shows. The second agent who had been involved in the car chase pulled up to the duplex moments after the physical confrontation ended.

Key points remain unclear from the video. After Mr. Sosa-Celis and Mr. Aljorna are no longer visible in the video, a long, thin shape can be seen at one point, swinging from the direction of the porch; it is not clear from the video what the object is or whether it hit the agent. At another point, the agent is seen standing with his arms extended toward the duplex and his feet squared in an apparent firing posture. But the video has no audio, and it is uncertain exactly when the agent fired a single shot, striking Mr. Sosa-Celis in the leg.

The footage conflicts in several ways with the encounter initially described by federal officials, who said the ICE agent fired his weapon after three residents attacked him with a shovel and broom for several minutes.

A shovel was tossed aside before the struggle began, and only Mr. Aljorna and Mr. Sosa-Celis could be seen in the video, along with the agent.

In a court filing, a lawyer for Mr. Aljorna said that his client had thrown a broom in the direction of the ICE agent, but that the broom did not strike the agent. Lawyers for the two men said that the agent had beaten Mr. Aljorna, and that Mr. Sosa-Celis was shot through the closed front door just after he went inside.



A bullet hole seen inside the home after the shooting.
Jenn Ackerman for The New York Times

The bullet that hit Mr. Sosa-Celis's upper leg ended up lodged inside the house, near a playpen used by a child in the downstairs unit, according to court records and photos shared with The Times. The bullet also left a hole in the front door. Mr. Sosa-Celis was not seriously hurt.

Just after the shooting that night, ICE officials used tear gas to force the couples to leave the house. The adults were taken into custody. The two children went to stay with family members.

## A Troubled Investigation




A video undermines initial accounts from federal authorities. Jenn Ackerman for The New York Times

Mr. Aljorna and Mr. Sosa-Celis were described in a federal news release as "violent criminal illegal aliens." They were accused by Kristi Noem, the former secretary of homeland security, of committing "an attempted murder of federal law enforcement." And, just two days after the shooting, Mr. Aljorna and Mr. Sosa-Celis were charged in a criminal complaint with assaulting or impeding an officer, a felony punishable by up to eight years in prison.

Minneapolis was a tinderbox in those days, and federal prosecutors felt urgency to file charges and provide a speedy public account of the shooting, according to a Justice Department official who spoke on the condition of anonymity to describe internal deliberations.

But prosecutors did not watch the video before they filed those charges, the official said, instead relying on the ICE agent's statement and an F.B.I. agent's affidavit describing the footage.

Almost three weeks would pass before a prosecutor would watch the video of the encounter, the Justice Department official said. The U.S. attorney's office moved to dismiss the case days before a deadline to secure a grand jury indictment. When the top federal prosecutor in Minnesota asked to dismiss the case, he alluded to the footage and called it "newly discovered evidence."

As the federal prosecution of Mr. Aljorna and Mr. Sosa-Celis was coming together, state investigators were also examining whether the ICE agent acted lawfully when he opened fire. But the Minnesota investigators were stymied by limited federal cooperation, including an unwillingness to provide information as basic as the agent's name.

Law enforcement officers are allowed to use deadly force if they reasonably perceive an imminent threat of death or great bodily harm to themselves or someone else.

Officials with the F.B.I.'s Minneapolis office declined to speak in detail about the shooting, but said in a statement that agents are trained to provide truthful information to judges and to "immediately provide exculpatory information to prosecutors once identified."

Chief Brian O'Hara of the Minneapolis police said the footage cast significant doubt on the federal government's accounts.

"There is a snow shovel there, but it doesn't appear it ever gets used as a weapon," he said. "There is no bludgeoning or anything."

After reviewing the video and other evidence, Chief O'Hara said that "it sounds like an unarmed person got shot running away."

# ‘Trading One Hell for Another’

Protesters and federal agents clashed near the scene of the shooting. Jamie Kelter Davis for The New York Times

For weeks after the shooting, Mr. Aljorna and Mr. Sosa-Celis remained in jail in Minnesota. Their partners were sent to an immigration detention center outside El Paso, where they described crying through sleepless nights in a tent as rainwater seeped through.

While she was detained, Ms. Tiapa learned that her son, who was being cared for by relatives, had suffered second- and third-degree burns from scalding soup in an accident back in Minnesota. He needed surgery.

All four adults sought their release from detention and were eventually ordered by judges to be returned home to Minneapolis while they fight the government’s efforts to deport them.

In a recent interview at the duplex, Mr. Aljorna expressed complicated views about swapping what he left in Venezuela — "there's no food, no earnings, the power gets cut, water gets cut" — for what he experienced in the United States.

"It was like trading one hell for another," he said.

Still, he and the others hope to remain. They still think they can build more prosperous lives in the United States.

In 2000, Congress created a visa category for victims of crime who are in the country unlawfully if they assist law enforcement officials. The aim was to lower crime by encouraging victims to cooperate with the authorities without fearing deportation.

The lawyers representing Mr. Aljorna, who has been ordered deported by an immigration judge, and Mr. Sosa-Celis say they hope their clients and their partners will be eligible based on their cooperation now with state and federal investigations into the conduct of the ICE agents. So far, no charges have been filed against the agents.

Because the names of the agents have not been released, it was not possible to seek comment from them.



Ms. Tiapa's son was badly injured while Mr. Aljorna, left, and Ms. Tiapa were detained. He has recovered, but medical bills have run to $150,000. Jenn Ackerman for The New York Times

"It would be a once-in-a-lifetime opportunity," Mr. Aljorna said of the possibility of a visa.

If he gets legal status, Mr. Sosa-Celis said, he imagines one day running a painting business. Mr. Aljorna, who has a knack for fixing cars, would like to own a body shop. The women said they could see themselves opening a salon.

Ainara Tiefenthäler and Thomas Gibbons-Neff contributed reporting, and Ainara Tiefenthäler and Alexander Cardia contributed video editing.

**Ernesto Londoño** is a Times reporter based in Minnesota, covering news in the Midwest and drug use and counternarcotics policy. He welcomes tips and can be reached at elondono.81 on Signal.

**Mitch Smith** is a Chicago-based national correspondent for The Times, covering the Midwest and Great Plains.

**Robin Stein** is a reporter on the Visual Investigations team at The Times, which combines traditional reporting with advanced digital forensics.

---

A version of this article appears in print on , Section A, Page 18 of the New York edition with the headline: In Newly Obtained Video, ICE Version of Shooting Falls Apart

# Exhibit 10

The Minnesota Star Tribune

NEWS & POLITICS

# New footage of nonfatal ICE shooting in Minneapolis contradicts agency's self-defense claims

City traffic-camera footage shows a short struggle before a federal agent shot and wounded a Venezuelan man on the North Side.

**By Sofia Barnett**
The Minnesota Star Tribune

APRIL 6, 2026 AT 4:46PM



Residents clash with ICE agents over the shooting of Julio C. Sosa-Celis, who was fleeing agents in north Minneapolis on Jan. 14. (Richard Tsong-Taatarii/The Minnesota Star Tribune)

The city of Minneapolis on Monday released video of the January shooting of a man by ICE agents on the North Side that contradicts the version of events federal officials

initially provided after the encounter.

Early statements from federal authorities said several men assaulted an immigration agent with a snow shovel and a broomstick before the agent fired in self-defense.

But the city traffic-camera recording shows a much shorter confrontation. The nine-minute video captures roughly 12 seconds of struggling between the agent and two men near the entrance of a duplex. A snow shovel visible at the start of the clip is tossed aside before the scuffle begins and does not appear to be used as a weapon.

▶ 0:35

Minneapolis releases new footage of north Minneapolis ICE shooting, contradicting agency's self-defense claims ((Amanda Anderson/City of Minneapolis))

The Jan. 14 encounter left Julio C. Sosa-Celis, 25, wounded in the leg. Federal prosecutors later dropped felony charges against Sosa-Celis and another man, Alfredo A. Aljorna, who had been accused of assaulting and impeding the agent.

Nearly a month after the shooting, Minnesota's top federal prosecutor, Daniel Rosen, asked a judge to dismiss criminal charges against Sosa-Celis and Aljorna once it became clear that the federal agents involved lied during sworn testimony. Those unnamed officers were suspended pending an internal investigation, which could result in their termination or criminal prosecution.




Shown on Jan. 15, this is the home of a north Minneapolis man involved in a shooting with an ICE agent in Minneapolis on Jan. 14. (Richard Tsong-Taatarii/The Minnesota Star Tribune)

The case was one of the many falsehoods touted by President Donald Trump's administration about the people detained, arrested and killed by federal agents during Operation Metro Surge. It also marked the only time that federal authorities admitted wrongdoing.

Minneapolis officials posted the footage Monday on the city's website.

"The City has no additional information and will not be making further comments at this time," the city said in a statement accompanying the video.

The recording was captured by a traffic-signal camera near N. Lyndale Avenue and 24th Avenue N., positioned about half a block from the duplex where the shooting occurred.

The footage shows Aljorna running toward the home after his vehicle stops nearby, with a federal immigration agent chasing him on foot.

Sosa-Celis is standing outside holding a snow shovel. As the agent closes the distance, Sosa-Celis drops the shovel and moves toward the porch area where the pursuit ends.

The agent catches up with Aljorna at the front of the house, and a struggle begins near the doorway. Sosa-Celis steps toward the two men as the confrontation unfolds.

The three figures remain clustered near the entrance for several seconds. Another federal agent involved in the pursuit arrives moments later in a vehicle.

Because the camera is mounted far from the scene, some details are difficult to see clearly. At one point a long, narrow object appears to move from the porch area, though the video does not clearly show what it is or whether it struck anyone.

Seconds later, the pursuing agent steps backward and points a firearm toward the house. The recording contains no audio, and the precise moment the shot is fired cannot be determined from the video alone.

Witnesses always maintained that the ICE agent fired after the men fled into the house, striking Sosa-Celis in the thigh. Evidence later proved that a bullet pierced the door, undermining the officer's self-defense claim.

The shooting occurred during a period of heightened tension in Minneapolis, when thousands of federal immigration agents had been deployed to Minnesota as part of a large-scale enforcement surge.

Crowds gathered near the duplex shortly after the shooting. Demonstrators confronted federal agents, damaged vehicles and set off fireworks. Investigators left the scene before completing evidence collection as tensions escalated.

Federal authorities later charged Sosa-Celis and Aljorna with assaulting a federal officer. Prosecutors dismissed the case weeks later before seeking a grand jury indictment, citing new evidence. Authorities have not publicly identified the federal agents involved.

State investigators have been reviewing whether the agent's use of force was lawful.

The Jan. 14 shooting was one of several high-profile use-of-force incidents involving federal immigration agents in Minneapolis during the winter enforcement surge. Renee Good and Alex Pretti, both U.S. citizens, were shot and killed by agents during the surge.

Sosa-Celis survived the shooting. The federal criminal case tied to the confrontation was later dropped.

*Liz Sawyer of the Minnesota Star Tribune contributed to this story.*

The Minnesota Star Tribune

© 2026 StarTribune.All rights reserved.

# Exhibit 11

NORTH NEWS
Your North Minneapolis news source

# Update: ICE agent arrested in non-fatal shooting of immigrant



**Hennepin County Attorney Mary Moriarty and state Attorney General Keith Ellison announced charges on May 18 against an ICE agent who allegedly shot a man on the Northside in January.** Photo by David Pierini

By **David Pierini,** *Editor*

An ICE agent, who allegedly shot a Salvadorian immigrant through his Northside apartment door and lied about being attacked, was arrested in Texas Friday morning and will be brought back to Minnesota to face charges.

He was arrested by Texas Rangers with Homeland Security agents and Minnesota Bureau of Criminal Apprehension investigators present, according to a statement by the Hennepin County Attorney's Office.

Castro also faces a charge of falsely reporting a crime. Federal prosecutors dropped charges against Castro and another man after Homeland Security acknowledged that Castro and a colleague lied about what led to the shooting.

Castro and his partner said the shooting was in self-defense and claimed they were attacked with a shovel. Their claim fell apart thanks to video captured from a nearby traffic camera. The agents were placed on leave pending an internal investigation.

"Today's arrest is a critical step forward in our prosecution of Mr. Castro," County Attorney Mary Moriarty said in the statement. "The BCA's investigative work was instrumental in this process, and we're grateful for their collaboration as we pursue accountability for this incident on behalf of Mr. Sosa-Celis, his family, and our community."

Agents were chasing a car driven by Alfredo Aljorna. When the car stopped in front of the apartment, Sosa-Celis opened the apartment door to the commotion. Aljorna ran inside, and Castro allegedly fired his gun through the closed door. Sosa-Celis was hit in the leg, and the bullet was found lodged in the wall of a child's room.

federal agent. A second protestor, Alex Pretti, was shot and killed by federal agents a week later.

Three ICE-involved shootings in three weeks forced the Trump White House to curb its immigration crackdown in Minneapolis. Most of the more than 3,000 agents that were part of Operation Metro Surge began leaving the state in February.

Homeland Security has not shared evidence with local law enforcement in any of the Minneapolis shootings, Moriarty said. She credited the Bureau of Criminal Apprehension with compiling evidence that led to the charges against Castro.

In statement to *North News*, a Homeland Security spokesperson said the matter is being investigated and said the officers could face disciplinary action, including firing and criminal prosecution.

“These actions by Minnesota sanctuary politicians are unlawful and nothing more than a political stunt,” the spokesperson said. “This is a federal issue, and it must be handled at the federal level.”

Moriarty anticipates Castro’s attorney will seek to have the case tried in Federal Court, where a juror would come from a pool broader than Hennepin County, and his attorney could claim that federal law overrides state law, a defense under the Constitution’s Supremacy Clause.

"In Minnesota, we believe in equal justice under the law. That means nobody is above the law, including agents of the federal government," said Minnesota Attorney General Keith Ellison. "Christian Castro's alleged shooting of Julio Sosa-Celis appears unwarranted, as evidenced by the lies Castro told his ICE supervisors to justify his unlawful actions. He remains innocent unless and until proven guilty."

0

PREVIOUS

A West Broadway methadone clinic may soon have a daycare center as a neighbor

NEXT

A church's future depends on selling off a beloved neighborhood resource

North News, founded in 1991, is the premier print community news

PUC
PILLSBURY UNITED COMMUNITIES

NORTH NEWS

Your North Minneapolis news source

SUBSCRIBE DONATE CONTACT

# Exhibit 12

Minneapolis

This article is more than **8 months old**

# Alex Pretti killing in Minneapolis by federal agents: what we know so far

## A 37-year-old nurse was shot and killed on Saturday. Much remains unknown, unclear or unconfirmed



Federal officers move against protesters in Minneapolis, Minnesota, today. Photograph: Craig Lassig/EPA

*Guardian staff*

Sat 24 Jan 2026 17.49 EST

Prefer the Guardian on Google

A 37-year-old nurse named Alex Pretti was shot and killed by federal agents in Minneapolis on Saturday. Protesters were on the streets, as were federal, state and local law enforcement officials. Much remains unknown, unclear or unconfirmed about what happened and why.

Here's what we know so far:

**The man who was killed by federal agents on Saturday has been identified as Alex Pretti, 37,** a registered nurse working in the intensive care unit at the Minneapolis VA Health Care System.

**A video circulating online on Saturday morning, which matches the reported location of the shooting mentioned by the officials,** showed a man being wrestled to the ground by several law enforcement officers before being shot what appears to be several times. At least two officers can be seen with their weapons drawn.

**In a second, more comprehensive video of the shooting, obtained and posted online by Drop Site News,** Pretti appeared to come to the defense of an observer who had been shoved to the ground by a federal officer. That officer then sprayed Pretti with a chemical agent, repeatedly, before tackling him to the street along with other agents.

**At least five agents surrounded Pretti on the ground, and one appeared to fire a shot at him at close range.** The shot was followed by a volley of more

shots, after which Pretti's body goes still. The visual evidence in the second video seems consistent with the interpretation that a gun appeared to have been taken away by one agent just before another shot him.

**Minneapolis police chief Brian O'Hara later said during a press conference on Saturday** that Pretti's only known previous interaction with law enforcement was for traffic tickets. O'Hara also noted Pretti was "a lawful gun owner with a permit to carry".

**The Department of Homeland Security**, the parent agency of ICE and the border patrol, said that Pretti was pronounced dead at the scene. The federal agency said an agent fired "defensive shots". It characterized protesters as "rioters", saying there were about 200 people on the scene in south Minneapolis trying to "obstruct and assault law enforcement".

**Border patrol commander Greg Bovino** said at a news conference that an officer with eight years of experience at Bovino's agency shot and killed Pretti.

**It's the second fatal shooting this month in Minneapolis,** in addition to another non-fatal shooting, amid a major crackdown in Minnesota by federal agents. Officials urged people to "remain peaceful and recognize there is a lot of anger and questions around what has happened".

**Protesters** were heard calling "shame, shame" at officers after Pretti's shooting, blowing whistles and shouting for ICE to leave the city. The agents responded with teargas and flash-bang grenades.

**Minneapolis's mayor, Jacob Frey**, **called on Donald Trump to "end this operation"** of federal immigration enforcement agents and officers surging into Minneapolis, and demanded that the US president "take action now to remove these federal agents". At the same press conference, police chief Brian O'Hara acknowledged immense anger in the city at the shooting but pleaded for calm.

**Minnesota's governor, Tim Walz**, **has staged national guard troops ready to help in keeping order in Minneapolis** as protest and outrage at violent conduct by federal immigration personnel continue. Walz had activated them earlier in January, putting them under his orders to be ready if needed. Staging essentially means gathering and preparing to be on the streets. Initially, some troops are going to guard a federal building.

**Walz called the operation of immigration enforcement that has surged into Minneapolis a "federal occupation".** He said he had seen bystander footage of the fatal shooting of Pretti and said it was "sickening".

**Trump posted on his Truth Social platform, accusing Walz and Frey of "inciting insurrection"** with their exhortations for the US president to end the surge of federal immigration enforcement personnel to the city. Trump said they were there to make the city safer; local leaders said they were making the city much less safe, as the agents were instilling fear and behave violently.

## At this dangerous time

We hope you appreciated this article. Before you close this tab, can we ask you to support the Guardian at this critical time for journalism in the US?

According to a leading global watchdog, US democracy is now more imperiled than at any point since the 1960s. Press freedom is under threat on many fronts - from criminal investigations to politicized regulation, frivolous lawsuits and catastrophic funding cuts to public media.

With the midterm elections approaching, these attacks are accelerating. Most recently, Donald Trump banned CNN, MS Now and Politico from the White House, in retaliation for "negative" coverage. While a federal judge has restored White House access for now, saying the ban is likely unconstitutional, Trump is still blocking CNN from Air Force One.

At the same time, Trump is using the FCC - which is supposed to be an independent regulator in the public interest - to settle political scores: The FCC targeted ABC after

Jimmy Kimmel made a joke about the First Lady, and Trump suggested that the agency should punish the host of Meet the Press for making a factual statement the president disliked.

The Pentagon, meanwhile, fired the editor of Stars and Stripes newspaper for "insubordination" shortly after they reported on a suicide attempt aboard the USS Lincoln, the Navy aircraft carrier reported to be in dire straits after 10 months at sea.

Together these efforts make it more difficult to get fact-based reporting to US voters ahead of critical elections that will determine control of Congress and the future of Trump's agenda.

Making matters worse, many of the US's largest news organizations are now owned by billionaires whose personal and business interests may imperil the outlets' editorial independence. Media critics have observed how CBS News, now owned by a Trump ally, has softened its coverage; CNN could be taken over by the same billionaire; and Jeff Bezos has imposed extreme staff cuts and editorial interventions at the Washington Post.

When freedom is under attack, it falls to a determined few news organizations to ensure the full truth still reaches the public. The Guardian is owned neither by a billionaire nor a corporation and remains dedicated to keeping trustworthy journalism paywall-free for the world.

**Despite the risks of maintaining our fierce independence, what sustains us – and fills us with deep gratitude – is the unwavering support we've seen from readers. A majority of our funding comes directly from readers. Your support not only powers our work, but more importantly, it safeguards the financial independence that underpins our editorial freedom and courage.**

We know our requests for support are not as welcome as our journalism, but without them our journalism wouldn't exist. Of course, we understand that some readers are not in a position to support us, and if that is you, we value your readership no less.

**If you can, please support us today. We're especially grateful for anyone able to set up a monthly contribution: reliable funding is vital for sustaining us throughout this dangerous period. It takes just 37 seconds to give. Thank you for protecting the free press.**

**Betsy Reed**
*Editor, Guardian US*



Support once from just $1

We welcome support of any size, any time - whether you choose to give $1 or more

Intro offer

Support $10/month

Unlock **All-access digital** benefits:

- Far fewer asks for support
- Ad-free reading on all your devices
- Unlimited access to the premium Guardian app
- Regular dispatches from the newsroom to see the impact of your support
- Unlimited access to Feast, the Guardian recipe app

Support $5/month

Give to the Guardian every month with Support

Continue → Remind me in November

## Related stories

Two federal agents reportedly identified in fatal shooting of Alex Pretti

1 Feb 2026




US DoJ opens federal civil rights investigation into killing of Alex Pretti

30 Jan 2026



Minnesota raids continue as DHS report indicates two agents fired guns at Alex Pretti

27 Jan 2026



## More from News

Jeffrey Epstein
British billionaire warned Epstein was a 'sexual deviant' decades before FBI closed in on the abuser

31m ago



ICE
Detained immigrants at Georgia ICE facility launch mass hunger strike

4h ago



Steel industry
Skepticism mires Trump's Iowa steel plant project: 'Promises are not the same as jobs'

6h ago



## Most viewed

# Exhibit 13

Case 1:26-cv-01007-EGS Document 27-7 Filed 10/13/26 Page 83 of 88

# Trump responds to latest fatal DHS shooting of US citizen in Minneapolis with rant against Tim Walz, Jacob Frey and Ilhan Omar

**Trump wrote a post on Truth Social less than two hours after a 37-year-old legal firearm owner was gunned down by federal agents. The post accompanied a picture of the gun that the victim carried**





Now playing: Unrest in Minneapolis after another shooting by federal officers

*Unrest in Minneapolis after another shooting by federal officers*

## Become an Independent member to bookmark this article

Want to bookmark your favourite articles and stories to read or reference later? Start your Independent Membership today.
Join today

Already a member? Log in

President Donald Trump has responded to the latest shooting death of a U.S. citizen at the hands of federal agents in Minneapolis with a rant about alleged Democrat corruption.

Trump wrote a post on Truth Social less than two hours after a 37-year-old legal firearm owner was gunned down by federal agents on Saturday morning. The post accompanied a picture of the gun that the victim carried.

“This is the gunman’s gun, loaded (with two additional full magazines!), and ready to go – What is that all about? Where are the local Police? Why weren’t they allowed to protect ICE Officers? The Mayor and the Governor called them off?” the post began.

"It is stated that many of these Police were not allowed to do their job, that ICE had to protect themselves — Not an easy thing to do! Why does Ilhan Omar have $34 Million Dollars in her account? And where are the Tens of Billions of Dollars that have been stolen from the once Great State of Minnesota?"

The victim of the shooting has been identified as Alex Pretti, according to *The Minnesota Star-Tribune.*



*(Getty Images)*

The president has long been critical of Minneapolis Rep. Ilhan Omar, a U.S. citizen who was born in Somalia, and encouraged her to go back to her home country.

"We are there because of massive Monetary Fraud, with Billions of Dollars missing, and Illegal Criminals that were allowed to infiltrate the State through the Democrats' Open Border Policy. We want the money back, and we want it back, NOW," Trump continued.

"Those Fraudsters who stole the money are going to jail, where they belong! This is no different than a really big Bank Robbery. Much of what you're witnessing is a COVER UP for this Theft and Fraud. The Mayor and the Governor are inciting Insurrection, with their pompous, dangerous, and arrogant rhetoric!"

"Instead, these sanctimonious political fools should be looking for the Billions of Dollars that has been stolen from the people of Minnesota, and the United States of America. LET OUR ICE PATRIOTS DO THEIR JOB! 12,000 Illegal Alien Criminals, many of them violent, have been arrested and taken out of Minnesota. If they were still there, you would see something far worse than you are witnessing today!"

The president quickly followed up that post by saying: "AMONG OTHER THINGS, THIS IS A "COVER UP" FOR THE BILLIONS OF DOLLARS THAT HAVE BEEN STOLEN FROM THE ONCE GREAT STATE (BUT SOON TO BE GREAT AGAIN!) OF MINNESOTA! PRESIDENT DONALD J. TRUMP."



*Rep. Kelly Morrison D-Minn., Rep. Ilhan Omar, D-Minn., and Rep. Angie Craig, D-Minn., arrive at the Bishop Henry Whipple Federal Building for anti-ICE protest in Minneapolis earlier this month (AP)*

For her part, Omar has already responded to Saturday's shooting, calling it "an execution by immigration enforcement."

" I am absolutely heartbroken, horrified, and appalled that federal agents murdered another member of our community. It is beyond shameful these federal agents are targeting our residents instead of protecting them," Omar added.

The lawmaker accused the Trump administration of "administration is trying to beat us into submission rather than protect us."

Minneapolis Police Chief Brian O'Hara said a 37-year-old man was killed but declined to identify him. He added that information about what led up to the shooting was limited.

Department of Homeland Security spokesperson Tricia McLaughlin said in a statement that federal officers were conducting an operation as part of the Trump administration's immigration crackdown and fired "defensive shots" after a man with a handgun approached them and "violently resisted" when officers tried to disarm him. O'Hara said police believe the man was a "lawful gun owner with a permit to carry."



*A photo of the 9mm gun allegedly held by the victim in the shooting in Minneapolis on January 24 (Department of Homeland Security)*

The police chief appealed for calm, both from the public and from federal law enforcement.

"Our demand today is for those federal agencies that are operating in our city to do so with the same discipline, humanity and integrity that effective law enforcement in this country demands," the chief said. "We urge everyone to remain peaceful. We recognize that there is a lot of anger and a lot of questions around what has happened, but we need people to remain peaceful."

The shooting happened amid widespread daily protests in the Twin Cities since the Jan. 7 shooting of 37-year-old Renee Good, who was killed when an Immigration and Customs Enforcement officer fired into her vehicle. Saturday's shooting unfolded just over a mile away from where Good was shot.

After the shooting, an angry crowd gathered and screamed profanities at federal officers, calling them "cowards" and telling them to go home. One officer responded mockingly as he walked away, telling them: "Boo hoo." Agents elsewhere shoved a yelling protester into a car. Protesters dragged garbage dumpsters from alleyways to block the streets, and people who gathered chanted, "ICE out now," referring to Immigration and Customs Enforcement.

*The Associated Press* contributed to this report.

■