AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Minnesota, et al.
*Plaintiff*
v.
U.S. Department of Justice, et al.
*Defendant*

Case No. 26 Civ. 1007

**AMENDED APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mary Moriarty, in her official capacity as Hennepin County Attorney, only. .

Date: 10/13/2026

/s/Joseph Mead
*Attorney's signature*

Joseph Mead (DC Bar 1740771)
*Printed name and bar number*

Washington Litigation Group
1717 K Street NW
Washington, DC 20006
*Address*

jmead@washingtonlitigationgroup.org
*E-mail address*

(202) 589-8270
*Telephone number*

(202) 521-8745
*FAX number*